# EXHIBIT 6

Exhibit 6 - 120

Meet the new Pod Pillow Cover: Your pillow, just cooler

BLOG HOME    SLEEP    WELLNESS    FITNESS    SCIENCE                **8 EIGHT SLEEP**                POD OWNER LOGIN    🛒    **Shop the Pod**

# Autopilot: How It Works



 Author: **Editorial**                                                                    June 27, 2021

One of the biggest culprits of poor sleep is the wrong sleeping temperature. The body follows a circadian rhythm that adjusts the internal temperature when it's time for bed: generally body temperature decreases to help you fall asleep, and drops even further into the first phase of deep sleep. However, the temperature in most bedrooms and beds don't adjust along with what your body needs. That can lead to less deep sleep — and plenty of wake-ups.

We developed the Pod's proprietary Temperature Schedule to deal with temperature as a disruptor of sleep. Because each person has their own specific preferences for a good night's sleep, throughout the night, the Pod's temperature can cool down and warm up each side of the bed to adjust to what your body needs to sleep comfortably all night.

Over time, as you sleep on the Pod you'll notice an improved quality of sleep when you have your body temperature regulated automatically.

Now, thanks to our new SleepOS platform, your Temperature Schedule has been upgraded with an Autopilot algorithm that takes the experience to the next level.

## It starts with your SleepOS profile

SleepOS creates a profile of you as a sleeper, taking into account various factors that help the Pod identify what's best for you:

- Personal sleep history with the Pod

- Past temperature preferences

- Historical and real-time bedroom temperature

- Historical and real-time local weather

- Plus, user feedback and input overtime

Autopilot looks at all of these factors and automatically adjusts your Pod's temperature to help you get better sleep.

As any of these factors change, Autopilot learns, so it can adjust as needed to keep the user at the perfect temperature. For example: if your room is 3.4 degrees Fahrenheit colder one night, Autopilot will automatically adjust the Pod's temperature settings to be warmer, to the precise levels that fall within your range of comfort.

## Train your own microclimate algorithm



**Exhibit 6 - 121**

Meet the new Pod Pillow Cover: Your pillow, just cooler

BLOG HOME    SLEEP    WELLNESS    FITNESS    SCIENCE          **8 EIGHT SLEEP**                    Shop the Pod

continue to optimize your sleep experience.



Shop the Pod

## Upgrade your sleep with Eight Sleep's cooling technology

Learn more



## Read more



SCIENCE



SCIENCE



SCIENCE

**Exhibit 6 - 122**

Meet the new Pod Pillow Cover: Your pillow, just cooler

BLOG HOME    SLEEP    WELLNESS    FITNESS    SCIENCE                **8 EIGHT SLEEP**                Shop the Pod

trying to doze off, the more time your body has for the deep, restorative stages of sleep. That's why we put the Eight Sleep Pillow to the test: can a temperature-controlled pillow actually help you fall [...]

October 01, 2025

flashes at night, you know how negatively they impact your sleep quality. By 2030, 1.2 billion women—14% of the global population—will be menopausal, and about 80% of them will experience hot flashes. These sudden surges of heat can make it nearly impossible to get [...]

July 22, 2025

Did you know that the temperature of your bed can make a big difference in how well you sleep throughout the night? Temperature is a key factor in regulating sleep, and being able to adjust your bed temperature throughout the night can improve heart rate (HR), heart rate variability, deep sleep, and REM sleep.  Until [...]

June 12, 2025

**8**

### Join the sleep fitness movement

Sign up to stay updated on the newest in sleep technology

Email address

By signing up here I agree to receive Eight Sleep's email newsletter and special promotional offers.
* Individual results may vary.

| Blog | Company | Support | Legal |
|------|---------|---------|-------|
| Sleep | Careers | Member Login | Financing Policy* |
| Fitness | Press | Sleep Elixir Login | Privacy Policy |
| Wellness | Athletes | FAQ | Sale Terms and Conditions |
| Clinical | Women's Health | Autopilot | Consumer Health Data Privacy Policy |
| | Our Research | Warranty | |
| | Sleep Accessories | Return Policy | |
| | | Accessibility | |

Contact Us

+1 (888) 699-4015

© 2025 Eight Sleep. All rights reserved.

*Individual results may vary.
*These statements have not been evaluated by the Food and Drug Administration. Health Check is not intended to diagnose, treat, cure, or prevent any disease. This is not a medical device, always consult with your healthcare provider.
*Financing terms and rental plan eligibility are subject to approval
*Some features listed may only available in active Autopilot plans



**Exhibit 6 - 123**