# EXHIBIT 15

Exhibit 15 - 165



orion                                                        Why Orion   [Pre-order]   🛒 0

# Finally, a sleep system you can afford

Orion is the first smart sleep system truly personalized to you based on your sleep data and comfort profile.



[Pre-order now]

## Why Orion?

Orion's $2,295 vs Eight Sleep's $3,049

| FEATURES | EIGHT SLEEP | ORION |
|---|:---:|:---:|
| Embedded sleep sensors | ✓ | ✓ |
| Personalized to you | ⊖ | ✓ |
| Comfort options | ⊖ | ✓ |
| Cools as low as 50°F | ⊖ | ✓ |
| Heats as high as 115F | ⊖ | ✓ |
| 5-Stage sleep tracker | ⊖ | ✓ |
| Thermoregulation mode | ⊖ | ✓ |
| Space saving design | ⊖ | ✓ |
| Financing as low as $65/mo | ⊖ | ✓ |
| 100% financing approval | ⊖ | ✓ |

[Pre-order now]

## What makes Orion better?

### The most affordable smart sleep system

Orion costs $2,295 and offers a 100% financing approval rating with OrionPay for as low as $65/month. Eight Sleep starts at $3,049 and $99/month with a significantly lower approval rating.





**Exhibit 15 - 166**



## Personalized based on your sleep data

Orion's at home sleep test tracks your temperature to pre-program your Orion device with your perfect night's sleep based on your data.

## Anti-leak technology

Orion's anti-leak technology and hydro protective layer are uniquely designed to prevent leaks.





## Superior and faster cooling

Orion cools faster and reaches 50°F, outpacing Eight Sleep's 55°F minimum, ideal for hot sleepers.

## Space Saving Design

The Eight Sleep Pod 5 takes up 47% more floor space than the Orion. Orion is designed to fit in naturally to your bedroom.



## Softer and firmer options

Orion offers multiple comfort options for added customization.

Pre-order now

## Backed by science to boost longevity

Extends deep sleep    Boosts REM    Reduces wake-ups



*"Body temperature is the #1 controllable component of sleep quality. Orion's smart sleep system adjusts your body temperature to reduce wake-ups and improve deep sleep and REM, massively improving your overall sleep quality."*

**Exhibit 15 - 167**

Dr. Michael Breus, Ph.D.
CHIEF SLEEP OFFICER AT ORION

FEATURED ON

   



## The power of just 1 more hour of sleep

Improved weight management

Increased energy levels

Better heart health

Enhanced mood & emotional regulation

## Got questions? We've got answers

Is Orion a mattress? ⌄

How does Orion compare to Eight Sleep? ⌄

How does Orion improve my sleep? ⌄

Is set-up complicated? ⌄

What's your return policy? ⌄

orion

**Company**
Why Orion
Careers

**Legal**
Privacy Policy

**Exhibit 15 - 168**

**Sleep smarter**

Sign up to stay updated on the newest in sleep technology

Email    →

© 2026 Orion Sleep. All rights reserved.    +1 (415) 309-5806

Exhibit 15 - 169