# EXHIBIT 19

**Exhibit 19 - 184**

## Orion Sleep Launches Next-Gen AI-Powered Smart Mattress Cover Following $18M Seed Raise

**PRN** **prnewswire.com**/news-releases/orion-sleep-launches-next-gen-ai-powered-smart-mattress-cover-following-18m-seed-raise-302638856.html

Orion Sleep                                                                                              December 11, 2025

*Smart cover uses biometric sensing and adaptive temperature control to deliver the ideal sleep environment automatically and transform longevity through sleep*

LOS ANGELES, Dec. 11, 2025 /PRNewswire/ -- Orion Sleep, a new innovator in sleep technology, today announced the launch of its AI-powered Smart Cover, at a competitive price point, that fits over any standard mattress and uses built-in sensors to track your heart rate, breath rate, and sleep patterns, while intelligently cooling or warming your body throughout the night. Orion continuously learns your unique thermal profile to optimize comfort, recovery, deep and REM sleep. Designed to complement your bedroom aesthetic, the dual-zone temperature control allows you and your partner to enjoy your ideal sleep climate individually.



Orion Sleep Launches Next-Gen AI-Powered Smart Mattress Cover Following
$18M Seed Raise

Unlike earlier temperature-regulating sleep systems, Orion is built for accessibility and true personalization from day one. Customers can complete an at-home Sleep Optimization Test that analyzes natural temperature patterns so the device arrives pre-programmed for optimal comfort. The system's compact footprint, lower EMF emissions, wider temperature range, flexible financing options, and streamlined pricing starting at $2,295 makes Orion an easier, more affordable, more intuitive upgrade for anyone seeking better sleep.

Founded by 25-year-old founder Harry Gestetner, whose last company, Fanfix, was acquired for a reported $65 million, the launch of Orion follows the company's recently closed $18 million seed round, backed by investors including Mucker Capital, Browder Capital, Second Sight, and others.

"Sleep is the cornerstone of longevity, when you improve sleep, you improve every other part of your health. Our mission is to transform longevity through better sleep," said Harry Gestetner, Founder and CEO of Orion Sleep. "We designed Orion to be accessible and deeply personalized. The Orion Sleep System enhances your mattress without replacing it."

Because temperature is the most controllable factor affecting sleep quality, Orion's AI-powered Sleep System analyzes a user's nightly patterns and creates a personalized sleep climate that helps support deep and REM sleep.

Pricing (all mattresses available in softer and firmer options): Queen + Control Tower: $2,295; King + Control Tower: $2,495; California King (Softer/Firmer) + Control Tower: $2,595

"Sleep follows the core body temperature cycle and body temperature is the #1 controllable component of sleep quality. Orion's smart sleep system helps to balance your body temperature which should help reduce wakeups, extend deep sleep and REM and increase overall sleep quality. If there is 1 thing we should do for our longevity, it's to optimize sleep. That's why we invented the Orion," said Dr. Michael Breus, Chief Sleep Officer, Orion.

Orion Sleep is a San Francisco–based technology company dedicated to transforming longevity through better sleep. The company's intelligent sleep system uses real-time biometric sensing, AI-powered thermal regulation, and personalized data insights to help people sleep more deeply and recover more effectively. Orion's vision: make six hours of sleep feel like ten. For more information, visitwww.orionsleep.com.

Media Contact:
Andrea Toch
6024058335
406302@email4pr.com

**Exhibit 19 - 185**