# EXHIBIT 26

Exhibit 26 - 256

3/6/26, 3:52 PM
Sleep smarter, not harder

Orion is HSA/FSA eligible  ·  Learn more

# Sleep smarter, not harder

The Orion Smart Cover uses hydro-powered technology to maintain your perfect temperature all night.

Shop Orion

# Orion enhances your mattress

Our smart cover goes on top of your mattress and cools your body. Studies show that temperature regulation can help reduce wake ups, extend deep sleep and REM, and significantly increase overall sleep quality.



**Exhibit 26 - 257**

3/6/26, 3:52 PM    Sleep smarter, not harder



Why Orion

ORION IS A

# Personalized sleep cooling system





❄ Cools to 50°F

🌡 Heats to 115°F



**Exhibit 26 - 258**

3/6/26, 3:52 PM                                                                 Sleep smarter, not harder

Personalized based on your sleep                              Maintains your perfect temperature

Order now

AS SEEN IN

  

# Finally, a sleep system you can afford

SMART COVER                         CONTROL TOWER                          AI SYSTEM

## Smart Cover

Equipped with advanced sensors to monitor your biometrics. Features dual temperature zones for you and your partner.



**Exhibit 26 - 259**

Sleep smarter, not harder

## Transform your sleep for less than a cup of coffee a day

Starting from

# $69/mo

With 0% APR financing available



Optimize my sleep

 99% approval with OrionPay

# Better sleep boosts longevity

RESEARCH SHOWS TEMPERATURE REGULATION:

**Exhibit 26 - 260**

Sleep smarter, not harder



**Dr. Michael Breus, Ph.D.**
CHIEF SLEEP OFFICER AT ORION

# Join better sleepers around the world

Hear from Orion friends and team members





Stephen Ellsworth
FOUNDER OF POPPI
ORION INVESTOR

★★★★★

"The last piece of my health puzzle has been sleep.

For years, my sleep was mediocre at best. I didn't want to accept that it was just a part of getting older. I want to keep getting stronger and better—not slower and foggier.

On January 1st, Marianne and I made a big investment in our health and bought the Orion Sleep System. It's a mattress pad that uses water to heat and cool the bed and automatically adjusts temperature based on your sleep stages.

After just three nights, I can honestly say it's been a game changer. I just received my first-ever 100% sleep score. Ever.

Yes, it's expensive—but we love it and highly recommend it. This is a genuine, human-to-human recommendation. No commission, no affiliation—just sharing what's worked for us. If you're curious,, check out their website.

Better sleep changes everything."



Dale
SAN DIEGO, CA



"I run like a radiator and my wife sleeps colder. We decided to stop fighting over the AC temp and tried out Orion. The first night of sleep was the first time either of us felt like temp was perfect for both of us. So happy!"



Steve and Jacqui
NEW YORK, NY

★★★★★

"So far Orion has been great! Switching over from Eight Sleep and the experience is already so much improved. The cover is a lot more comfortable and the temperature a lot more consistent plus the app is better!"



Shannon
COSTA MESA, CA

★★★★★



★★★★★

Ed Zitron
TECH JOURNALIST

I got my Orion set up at 12am after my cross-country flight was delayed for hours. I then had probably the best night's sleep I've had all year - I track my metrics fairly consistently with Oura, and I somehow, despite travel, got 1.5 hours of both REM and Deep Sleep, which has not happened in years.

**Exhibit 26 - 261**

Sleep smarter, not harder

"I haven't changed a single habit outside of using the Orion since it arrived, recovery has been shockingly higher & REM is up >30 min a night."



**Tyler**
BOSTON, MA

⭐⭐⭐⭐⭐

"Love the coolness during the night. I'm telling everyone how awesome it is."

**Curtis**
LOS ANGELES, CA

⭐⭐⭐⭐⭐

I also am a very hot sleeper, and Orion is the only smart mattress cover that's been able to actually keep up. I'm a huge fan. I love it. I heartily recommend Orion, it was worth every penny.

"I have been enjoying the Orion.

I will be honest I so look forward to crawling into bed after being in my sauna blanket. I have not had any significant night sweats which is so wonderful to report.

I love how quiet the Orion is. I had been worried about this. I like that I can turn it on early if I am going to bed earlier than normal. The "away" function is nice.

Overall, I am very happy with my Orion."



**Daphne**
KANSAS CITY, MO

⭐⭐⭐⭐⭐

[ Order now ]

# Why Orion?

| FEATURES | EIGHT SLEEP POD 5 | ORION *Most affordable* |
|---|:---:|:---:|
| Embedded sleep sensors | ✓ | ✓ |
| 2 year warranty | ✓ | ✓ |
| Personalized based on your body temperature* | — | ✓ |
| Cools as low as 50°F** | — | ✓ |
| Heats as high as 115F** | — | ✓ |
| Quiet mode*** | — | ✓ |
| Less floor space used | — | ✓ |
| Financing as low as $69/mo**** | — | ✓ |
| 99% approval with OrionPay | — | ✓ |

**Exhibit 26 - 262**

3/6/26, 3:52 PM

Sleep smarter, not harder

*For users who have taken the Orion Sleep Test

**Based on water temperature

***Option to reduce volume at night

****Based on $199 down.

Order now

# In the news



FAST COMPANY

Overheating at night? An AI-enabled mattress cover could be the answer

FORBES

This Under 30 Raised $18 Million To Make Sleeping Cool—Literally

TRENDHUNTER

Orion Sleep's AI-Powered Smart Cover Tracks Breath Rate & More

ELLE

Sleep Better Tonight: The Expert-Recommended Gadgets That Actually Work

orion          Why Orion    Orion Sleep System    Sleep Disruption Test    Shop    0

iF Design Award 2026 winner

https://www.orionsleep.com

**Exhibit 26 - 263**

Sleep smarter, not harder



The power of just 1 more hour of sleep

Improved weight management



# Got questions? We've got answers

**Is Orion a mattress?** ⌃

No! Orion is a Smart Cover that goes over your mattress and transforms it rather than replacing it. Orion works with any standard Queen, King, and California King mattress.

**How does Orion compare to Eight Sleep?** ⌃

**Exhibit 26 - 264**

Sleep smarter, not harder

Orion is significantly more affordable than Eight Sleep and can be financed for as low as $69/month with a **99% approval rating**. The water gets warmer and colder, the tower takes up less floor space and is personalized to you based on your temperature data from your sleep test.

### How does Orion improve my sleep? ︿

Body temperature is the #1 controllable component of sleep quality, but your perfect body temperature constantly changes throughout the night. Orion adjusts your body temperature to your perfect level throughout the night based on your biometrics. Thermoregulation helps to boost deep sleep, REM and reduce wake-ups.

### Does Orion work without the subscription? ︿

The core functionality of the product still works without the subscription, including basic temperature sleep schedule, sleep scores, bedtime auto turn-on/off, temperature alarm, inviting guests, human customer support and a 2-year warranty.

Subscription features include deeper sleep insights and recommendations, smart temperature adjustments, water purification tablets and early access to new features.

### Does Orion have an offline mode? ︿

Yes! Orion has an offline mode. The smart features require wifi, however the basic product functionality still works offline.

### What is the size of the Orion unit? ︿

The control tower is 24×9 inches.

View more



orion

| Company | Support | Legal |
|---|---|---|
| Careers | HSA/FSA | Privacy Policy |
| Why Orion | Contact Us | Consent Preferences |

**Exhibit 26 - 265**

Sleep smarter, not harder



## Sleep smarter

Sign up to stay updated on the newest in sleep technology

Email     **Sign up**

Do Not Sell or Share My Personal Information

Limit the Use Of My Sensitive Personal Information

Cookie Policy

*Truemed is for qualified customers. HSA/FSA tax savings vary. Learn more at truemed.com/disclosures



**Exhibit 26 - 266**