1  Alex Spiro (*pro hac forthcoming*)
   alexspiro@quinnemanuel.com
2  Steven Cherny (*pro hac forthcoming*)
   stevencherny@quinnemanuel.com
3  Patrick D. Curran (SBN 241630)
4  patrickcurran@quinnemanuel.com
   Nicola Felice (*pro hac forthcoming*)
5  nicolafelice@quinnemanuel.com
6  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
7  295 5th Avenue
   New York, New York 10016-7103
8  Telephone:  (212) 849-7000
   Facsimile:   (212) 849-7100
9
10 Ryan R. Smith (SBN 229323)
   rsmith@wsgr.com
11 Naoya Son (SBN 324444)
   nson@wsgr.com
12 Alexander R. Miller (SBN 347827)
   alex.miller@wsgr.com
13 **WILSON SONSINI GOODRICH & ROSATI P.C.**
14 650 Page Mill Road
15 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
16 Facsimile: (866) 974-7329

17 *Attorneys for Plaintiff*
18 *EIGHT SLEEP INC.*

19                   **UNITED STATES DISTRICT COURT**
20                   **CENTRAL DISTRICT OF CALIFORNIA**
21                            **WESTERN DIVISION**

| | |
|---|---|
| **EIGHT SLEEP INC.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 2:26-cv-02460 |
| | ) |
| vs. | ) **PLAINTIFF EIGHT SLEEP** |
| | ) **INC.'S NOTICE OF** |
| **ORION LONGEVITY INC.**, and **BLUE FUZION GROUP LTD.,** | ) **INTERESTED PARTIES** |
| | ) |
| Defendants. | ) |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiff Eight Sleep Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- None.

Eight Sleep Inc. certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of Eight Sleep Inc.'s stock.

Respectfully submitted,

Dated: March 6, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Patrick D. Curran*
    Alex Spiro
    Steven Cherny
    Patrick D. Curran

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By: */s/ Ryan R. Smith*
    Ryan R. Smith
    Naoya Son
    Alexander R. Miller

*Attorneys for Plaintiff*
EIGHT SLEEP INC.

## SIGNATURE ATTESTATION

I, Ryan R. Smith, attest that the other signatories to this document concur in the filing's content and have authorized the filing.

*/s/ Ryan R. Smith*
Ryan R. Smith