Nicola R. Felice
nicolafelice@quinnemanuel.com
295 5th Avenue
New York, NY 10016-7103

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eight Sleep Inc.<br><br>Plaintiff(s)<br>v.<br><br>Orion Longevity Inc. and Blue Fuzion G<br><br>Defendant(s) | CASE NUMBER<br><br>2:26-cv-02460<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Felice, Nicola R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 849-7346            (212) 849-7100
*Telephone Number*        *Fax Number*

nicolafelice@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, NY 10016-7103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Eight Sleep Inc.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Smith, Ryan R.
*Designee's Name (Last Name, First Name & Middle Initial)*

229323         (650) 493-9300       (650) 974-7329
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rsmith@wsgr.com
*E-Mail Address*

of

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**