Amy H. Candido (SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion Longevity Inc.
and Blue Fuzion Group Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:26-cv-02460-SB-KS <br><br> **DECLARATION OF JEFF NARDINELLI IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Hon. Stanley Blumenfeld, Jr. <br> Date: May 1, 2026 <br> Time: 8:30 a.m. <br> Courtroom: 6C |

I, Jeff Nardinelli, hereby declare:

1.     I am an attorney at the law firm of Simpson Thacher & Bartlett LLP, counsel for Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss.

2.     I certify that the parties met in person or by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.

3.     Specifically, I am informed that on March 24, 2026, counsel for Plaintiff Eight Sleep Inc. conferred with then-counsel Cooley LLP about Defendants' motion to dismiss the claims for patent infringement under 35 U.S.C. § 101.  On that date, the parties also discussed whether BFG would move to dismiss for lack of personal jurisdiction.

4.     On March 30, 2026, shortly after having been retained by Defendants in this matter, I conferred with Eight Sleep's counsel.  We agreed the parties had already adequately conferred about the Section 101 motion.  I explained that to preserve against potential waiver, BFG intended to move to dismiss under Rule 12(b)(2) for lack of personal jurisdiction.  Eight Sleep's counsel confirmed that they would not contend that a failure to include this argument would constitute waiver.  I also conferred with counsel about Defendants' intention to move to dismiss the false advertising claims.  No agreement was reached.

Dated: March 31, 2026

By: */s/  Jeff Nardinelli*
Jeff Nardinelli

*Counsel for Defendants*
*Orion Longevity Inc. and Blue*
*Fuzion Group Ltd.*

No. 2:26-cv-02460-SB-KS
NARDINELLI DECLARATION ISO MOTION TO DISMISS