# EXHIBIT 1

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff
Eight Sleep Inc.*

*(counsel appearances continued
below)*

Amy H. Candido (SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER &
BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion
Longevity Inc. and Blue Fuzion Group
Ltd.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

|  |  |
|---|---|
| **EIGHT SLEEP INC.,** | ) Case No. 2:26-CV-02460-SB-KS |
| Plaintiff, | ) |
| vs. | ) **JOINT CLAIM CONSTRUCTION PRE-HEARING STATEMENT** |
| **ORION LONGEVITY INC.,** and **BLUE FUZION GROUP LTD.,** | ) |
| Defendants. | ) |

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, CA 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*

Pursuant to the Court's Case Management Order (*Eight Sleep I*, Dkt. 32),[1] Plaintiff Eight Sleep Inc. ("Plaintiff" or "Eight Sleep") and Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") submit the instant Joint Claim Construction Pre-Hearing Statement.

The parties exchanged proposed terms for claim construction, along with preliminary proposed constructions of terms from U.S. Patent Nos. 12,370,339 (the "'339 Patent") and 12,377,240 (the "'240 Patent) (collectively, the "Asserted Patents") on March 9, 2026.  The parties met and conferred on their respective proposed terms for claim construction and preliminary proposed constructions for the Asserted Patents on March 20, 2026.

## I.   AGREED UPON CONSTRUCTION OF CLAIM TERMS

The parties identify the following claim term(s) from the Asserted Patents for which the parties agree on the applicable claim construction(s):

| Claim Term | Agreed Upon Construction |
| --- | --- |
| "sleep phase" ('240 Patent, cls. 14, 15) | "light sleep, deep sleep, or REM sleep" |

## II.   DISPUTED CLAIM TERMS

The parties identify the following claim terms from the Asserted Patents for which the parties dispute the applicable claim constructions:

| Claim Term | Eight Sleep's Proposed Construction | Defendants' Proposed Construction |
| --- | --- | --- |
| "bedtime associated with the user" ('339 Patent cls. 1, 5) | Not indefinite / Plain and ordinary meaning | Indefinite |

[1] The parties adhere to the Court's directive in *Eight Sleep Inc. v. Orion Longevity Inc., et al.*, Case No. 2:25-cv-09685-SB-RAO (C.D. Cal.) ("*Eight Sleep I*") that "the parties should be prepared to proceed in accordance with the case management order entered in [*Eight Sleep I*]."  *Eight Sleep I*, Dkt. 63.

| | Not indefinite / Plain and ordinary meaning | Indefinite |
|---|---|---|
| "environmental property [of an environment proximate the user]" ('240 Patent, cls. 2, 5; '339 Patent, cl. 9) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "compound biological signal comprising one or more" ('339 Patent, cl. 22) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "first temperature" / "second temperature" ('339 Patent, cl. 1; '240 Patent, cl. 1) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "first zone" / "second zone" ('240 Patent, cl. 1) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "sleep session" ('240 Patent, cls. 11, 12) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "temperature control device" ('240 Patent, cl. 1) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "user-specified preference" ('240 Patent, cl. 1) | Not indefinite / Plain and ordinary meaning | Indefinite |
| "A sleep system comprising a processor and a memory in operative communication with the processor and storing instructions for the processor to implement the method of claim 1." | Not indefinite / Preamble is non-limiting | Indefinite |

| ('339 Patent, cl. 29; '240 Patent, cl. 29) | | |
|---|---|---|

## III.    ANTICIPATED LENGTH OF HEARING

The parties anticipate that the hearing will require 3 hour(s), with 1.5 hours allocated to Eight Sleep, and 1.5 hours allocated to Defendants.

## IV.    IDENTIFICATION OF WITNESSES

The parties do not intend to call any witnesses.

## V.    IDENTIFICATION OF REQUESTED FACTUAL FINDINGS

The parties do not request any additional factual findings from the Court related to claim construction.

Date:  April 6, 2026


By: *[DRAFT]*
_____

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff
Eight Sleep Inc.*

By: *[DRAFT]*
_____

Amy H. Candido (SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER &
BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON,
LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON,
LLP**
17901 Von Karman Ave, 10th Floor
Irvine, CA 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants Orion
Longevity Inc. and Blue Fuzion
Group Ltd.*

## SIGNATURE ATTESTATION

I, [NAME], attest that the other signatories to this document concur in its content and authorize its service.

/s/ *DRAFT*
[NAME]