Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
Jordan E. Alexander (SBN 305112)
jordanalexander@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff,*
*EIGHT SLEEP INC.*

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH
& ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD., <br><br> Defendants. | Case No. 2:26-CV-02460-SB-KS <br><br> **DECLARATION OF NICOLA FELICE IN SUPPORT OF EIGHT SLEEP'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hon. Stanley Blumenfeld, Jr. |

I, Nicola R. Felice, declare as follows:

1.    I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, representing Plaintiff Eight Sleep, Inc. ("Eight Sleep") in this action.  I am a member in good standing of the bar of the State of New York, and I have been admitted proc hac vice to practice before this Court in this action.  I make this declaration in support of Eight Sleep's Opposition to Defendants' Motion to Dismiss, which Defendants filed on March 31, 2026.

2.    I am over 18 years of age and have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the information contained herein.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the file history for U.S. Patent No. 12,370,339.  Exhibit 1 is a Notice of Allowance for the application that issued as the '339 patent, sent by the United States Patent and Trademark on June 4, 2025, as well as the list of the amended claims that were allowed.  This document is publicly available on the USPTO website at https://patentcenter.uspto.gov/applications/19022417.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from the file history for U.S. Patent No. 12,377,240.  Exhibit 2 is a Notice of Allowance for the application that issued as the '240 patent, sent by the United States Patent and Trademark on June 4, 2025, as well as the list of the amended claims that were allowed.  This document is publicly available on the USPTO website at https://patentcenter.uspto.gov/applications/19022402.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FELICE DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Executed on this 10th day of April, 2026.

Respectfully submitted,


By:  */s/  Nicola Felice*
Nicola Felice

FELICE DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS