# EXHIBIT 2

Exhibit 2 - 015



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 21971 | 7590 | 06/04/2025 |
| --- | --- | --- |

WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
| --- |
| ALAM, MIRZA F |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2689 | |

DATE MAILED: 06/04/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 19/022,402 | 01/15/2025 | Matteo FRANCESCHETTI | 53643-702.336 | 8799 |

TITLE OF INVENTION: METHODS AND SYSTEMS FOR GATHERING AND ANALYZING HUMAN BIOLOGICAL SIGNALS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | SMALL | $516 | $0.00 | $0.00 | $516 | 09/04/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 11/23)

**Exhibit 2 - 016**

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21971          7590          06/04/2025
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/022,402 | 01/15/2025 | Matteo FRANCESCHETTI | 53643-702.336 | 8799 |

TITLE OF INVENTION: METHODS AND SYSTEMS FOR GATHERING AND ANALYZING HUMAN BIOLOGICAL SIGNALS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $516 | $0.00 | $0.00 | $516 | 09/04/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS | |
|---|---|---|---|
| ALAM, MIRZA F | 2689 | 340-575000 | |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/ AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:    ❏ Issue Fee    ❏ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system    ❏ Enclosed check    ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status**  (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Page 2 of 3

PTOL-85 Part B (11/23) Approved for use through 03/31/2026    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**Exhibit 2 - 017**



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/022,402 | 01/15/2025 | Matteo FRANCESCHETTI | 53643-702.336 | 8799 |

21971    7590    06/04/2025
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050

| EXAMINER |
|---|
| ALAM, MIRZA F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2689 | |

DATE MAILED: 06/04/2025

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 11/23)

**Exhibit 2 - 018**

**OMB Clearance and PRA Burden Statement for PTOL-85 Part B**

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

**Exhibit 2 - 019**

| *Notice of Allowability* | Application No. 19/022,402 | Applicant(s) FRANCESCHETTI et al. | | |
|---|---|---|---|---|
| | Examiner MIRZA F ALAM | Art Unit 2689 | AIA (First Inventor to File) Status Yes | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>05/15/25</u>.

  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>1-10 and 12-31</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

  a) ☐ All    b) ☐ Some*    c) ☐ None of the:

  1. ☐ Certified copies of the priority documents have been received.
  2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
  3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

  ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. <u>5/22</u>.

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/MIRZA F ALAM/
Primary Examiner, Art Unit 2689

**Exhibit 2 - 020**

Application/Control Number: 19/022,402                                                                    Page 2
Art Unit: 2689

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### DETAILED ACTION

2.      This office action is response to 05/15/2025. Claim 11 is cancelled. **Claims 1-10 and 12-31** are presented for examination.

### Response to Arguments

3.      In view of examiner's amendments to independent claim, and applicant's arguments, see pages 8-12 in Remarks, filed 05/15/2025, with respect to claims **1-10 and 12-31** are rejected under 35 U.S.C. 103(a) as being unpatentable over Rawls-Meehan (US 2012/0119886 A1)  in view of  Petrovski (US 20110115635 A1), have been fully considered and are persuasive. Applicant also filed eTD. All rejections have been withdrawn.

### Allowable Subject Matter

4.      **Claims 1-10 and 12-31** are allowed in light of the Applicant's argument and in light of the prior art made of record.

### Reasons for Allowance

5.      The following is an examiner's statement of reasons for allowance:

**Regarding claim 1,** the prior art of record, specifically Petrovski (US 20110115635 A1) teaches a sleep aid for assisting the modification of a breathing rate in a human, comprising: a substantially flexible mattress configured to receive a fluid; a fluid pump on fluid communication with the flexible mattress and configured to pump the fluid at a modulated rate; and a control module functionally coupled to the fluid pump

**Exhibit 2 - 021**

Application/Control Number: 19/022,402                                      Page 3
Art Unit: 2689

and configured to determine the modulated rate (para 26, control   module configured to regulate the operation of the modules associated with the first and    second climate zones, para 72, FIG. 1, two of the climate zones 11A, 11C are    positioned along the left side L of the bed 10, whereas two of the climate zones11B, FIG. 4B controlled bed having subzones within separate    climate zones, para 89, control one, two or climate zones generally located along one    side (e.g., left side L, right side R, etc.).

Prior art of record, Rawls-Meehan (US 2012/0119886 A1) teaches a control system, comprising: a wireless communication system adapted to produce a closed-loop feedback scheme between a handheld remote control and at least an adjustable bed controller, the adjustable bed controller adapted to, in response to a receipt of a motion command from the handheld remote control, adjust, with feedback, a portion of an adjustable bed; wherein the feedback is based on a comparison of sensor feedback and a predetermined position stored in a memory of adjustable bed controller; handheld remote control capable of transmitting a control signal for an articulating adjustment of the position of a bed (paragraph 0175, monitoring and control features on remote for the paired, paragraph 0388, system used to sense condition of environment associated with adjustable bed or a user to sense condition or determine state or event and motion sensor activated and signal alarm indicating the child is awake, paragraph 0400, processor address instructions communicated to bed and transmitter 1714 control signals and adjustable parameter(s) of bed in response to received instructions).

However, the prior arts of record fail to teach, make obvious, or suggest, a method for operating a bed device, the method comprising: obtaining at least one first biological signal from a first user, the at least one first biological signal indicating a

**Exhibit 2 - 022**

Application/Control Number: 19/022,402                                             Page 4
Art Unit: 2689

presence of the first user on a first zone of the bed device; obtaining at least one

second biological signal from a second user, the at least one second biological signal

indicating a presence of the second user on a second zone of the bed device adjacent

the first zone; generating a plurality of control signals for the bed device in response to

the obtained at    least one first biological signal and the at least one second biological

signal, the plurality of  control signals comprising (1) a first instruction to set the

temperature of the first zone to a first temperature and (2) a second instruction to set

the temperature of the second zone to a second    temperature that is different from the

first  temperature, wherein the first instruction is based at   least in part on a first user-

specified preference of the first user and the second instruction is   based at least in part

 on a second user-specified preference of the second user; and sending the plurality of

control signals to respective temperature control  device associated with the bed device

such that the first and second zones are heated or cooled differently according to the

plurality of control signals, as presented in the claimed invention.


        None of the prior art of record, either taken by itself or in any combination, would

have anticipated or made obvious the invention of the present application at or before

the time it was filed.

        Therefore, claims **1-10 and 12-31** are hereby allowed.

        Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

**Exhibit 2 - 023**

Application/Control Number: 19/022,402                                          Page 5
Art Unit: 2689

### *Conclusion*

6.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to MIRZA ALAM whose telephone number is (469) 295-
9286.  The examiner can normally be reached on 8:00AM-5:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, **Davetta Goins** can be reached on 571-272-2957.  The fax phone number
for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public
PAIR.  Status information for unpublished applications is available through Private PAIR
only.  For more information about the PAIR system, see http://pair-direct.uspto.gov.
Should you have questions on access to the Private PAIR system, contact the
Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like
assistance from a USPTO Customer Service Representative or access to automated
information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MIRZA F ALAM/
Primary Examiner, Art Unit 2689

**Exhibit 2 - 024**

Application No. 19/022,402
Office Action Mailed March 5, 2025
Amendment dated: May 15, 2025

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings of claims in this application.  Applicant reserves the right to pursue any subject matter of any canceled claims in this or any other appropriate patent application.  Reconsideration and allowance are respectfully requested in light of the abovementioned amendments and the following remarks.

**Listing of the Claims**

1.    (***Currently Amended***) A method for operating a bed device, the method comprising:

obtaining at least one first biological signal from a first user, the at least one first biological signal indicating a presence of the first user on a first zone of the bed device;

obtaining at least one second biological signal from a second user, the at least one second biological signal indicating a presence of the second user on a second zone of the bed device adjacent the first zone;

generating a plurality of control signals for the bed device in response to the obtained at least one first biological signal and the at least one second biological signal, the plurality of control signals comprising (1) a first instruction to set the temperature of the first zone to a first temperature and (2) a second instruction to set the temperature of the second zone to a second temperature that is different from the first temperature, wherein the first instruction is based at least in part on a first user-specified preference of the first user and the second instruction is based at least in part on a second user-specified preference of the second user; and

sending the plurality of control signals to at least one respective temperature control device devices associated with the bed device such that the first and second zones are heated or cooled differently according to the plurality of control signals.

2.    (Original) The method of claim 1, wherein the at least one first biological signal further comprises one or more of a heart rate, a breathing rate, a temperature, or a motion of the first user or an environmental property of an environment proximate the first user.

Atty. Docket No.:  53643-702.336

**Exhibit 2 - 025**

Application No. 19/022,402
Office Action Mailed March 5, 2025
Amendment dated: May 15, 2025

3.       (Original) The method of claim 2, further comprising filtering the at least one first biological signal when the at least one first biological signal comprises two or more of the heart rate, the breathing rate, the temperature, or the motion of the first user.

4.       (Original) The method of claim 2, further comprising identifying the first user based on the at least one first biological signal in order to change the temperature of the second zone to the first temperature when the first user switches from the first zone to the second zone.

5.       (Original) The method of claim 1, wherein the at least one second biological signal further comprises one or more of a heart rate, a breathing rate, a temperature, or a motion of the second user or an environmental property of an environment proximate the second user.

6.       (Original) The method of claim 5, further comprising filtering the at least one second biological signal when the at least one second biological signal comprises two or more of the heart rate, the breathing rate, the temperature, or the motion of the second user.

7.       (Original) The method of claim 5, further comprising identifying the second user based on the at least one second biological signal in order to change the temperature of the first zone to the second temperature when the second user switches from the second zone to the first zone.

8.       (Original) The method of claim 1, wherein the at least one first biological is measured with one or more of a temperature sensor or a piezo sensor associated with the first zone of the bed device.

9.       (Original) The method of claim 1, wherein the at least one second biological is measured with one or more of a temperature sensor or a piezo sensor associated with the second zone of the bed device.

10.      (*Currently Amended*) The method of claim 1, wherein the bed device is a mattress or a mattress cover.

11.      (*Canceled*).

12.      (*Currently Amended*) The method of claim 1, further comprising measuring the at least one first biological signal from the first user, the at least one second biological signal from the second user, or both during a sleep session of the first user, a sleep session of the second user, or both.

-3-

Atty. Docket No.:  53643-702.336

**Exhibit 2 - 026**

Application No. 19/022,402
Office Action Mailed March 5, 2025
Amendment dated: May 15, 2025

13.    (Original) The method of claim 12, further comprising storing the measured at least one first biological signal from the first user, the measured at least one second biological signal from the second user, or both from the sleep session of the first user, the sleep session of the second user, or both.

14.    (Original) The method of claim 13, further comprising measuring the at least one first biological signal from the first user, at least one second biological signal from the second user, or both across a plurality of sleep sessions of the first user, the second user, or both, and storing the measured at least one first biological signal from the first user, the measured at least one second biological signal from the second user, or both from the plurality of sleep sessions, thereby generating a record of historical biological signals for the first user, the second user, or both.

15.    (Original) The method of claim 14, further comprising associating a sleep phase of the first user or a sleep phase of the second user to a historical biological signal average.

16.    (Original) The method of claim 1, further comprising determining a sleep phase of the first user, a sleep phase of the second user, or both in response to the obtained at least one first biological signal, the obtained at least one second biological signal, or both, respectively.

17.    (Original) The method of claim 1, further comprising determining whether the obtained at least one first biological signal, the obtained at least one second biological signal, or both is mismatched from a historical average.

18.    (Original) The method of claim 17, wherein the plurality of control signals further comprises an instruction to correct the temperature of the first zone, the second zone, or both in response to the obtained at least one first biological signal, the obtained at least one second biological signal, or both being determined to be mismatched from the historical average.

19.    (Original) The method of claim 18, wherein the instruction to correct the temperature of the first zone, the second zone, or both is generated in response to the obtained at least one first biological signal, the obtained at least one second biological signal, or both being determined to be mismatched from the historical average which is for a particular sleep phase of the first user, a particular sleep phase of the second user, or both, respectively.

-4-

Atty. Docket No.:  53643-702.336

**Exhibit 2 - 027**

Application No. 19/022,402
Office Action Mailed March 5, 2025
Amendment dated: May 15, 2025

20.    (Original) The method of claim 1, further comprising generating an environmental control signal in response to the obtained at least one first biological signal, the obtained at least one second biological signal, or both.

21.    (Original) The method of claim 20, wherein the environmental control signal controls one or more of a thermostat, humidifier, room light, a speaker, or an alarm.

22.    (Original) The method of claim 1, wherein the plurality of control signals further comprises an instruction to turn the bed device on or off within a predetermined time period in response to the obtained at least one first biological signal, the obtained at least one second biological signal, or both.

23.    (Original) The method of claim 1, wherein the plurality of control signals further comprises an instruction to turn the bed device on within a predetermined time period before a historical average bedtime of the first user, the second user, or both.

24.    (Original) The method of claim 23, wherein the first instruction to set the temperature of the first zone to the first temperature, the second instruction to set the temperature of the second zone to the second temperature, or both are sent to the bed device within a predetermined time period before a historical average bedtime of the first user, the second user, or both, respectively.

25.    (Original) The method of claim 1, further comprising determining at least one environment property from one or more environment sensors.

26.    (Original) The method of claim 25, wherein the at least one environment property comprises a temperature, a humidity, light, sound, or any combination thereof.

27.    (Original) The method of claim 26, wherein the first instruction to the first zone, the second instruction to the second zone, or any combination thereof are based, at least in part, on the at least one environment property.

28.    (Original) The method of claim 1, wherein the first zone further comprises one or more first subzones and wherein the one or more first subzones independently heat or cool specific areas of the body of the first user.

-5-

Atty. Docket No.:  53643-702.336

Exhibit 2 - 028

Application No. 19/022,402
Office Action Mailed March 5, 2025
Amendment dated: May 15, 2025

29.    (Original) The method of claim 1, wherein the second zone further comprises one or more second subzones and wherein the one or more second subzones independently heat or cool specific areas of the body of the second user.

30.    (Original) A sleep system comprising a processor and a memory in operative communication with the processor and storing instructions for the processor to implement the method of claim 1.

31.    (*New*) The method of claim 1, wherein the first user-specified preference and the second user-specified preference are stored on a database.

-6-

Atty. Docket No.:  53643-702.336

**Exhibit 2 - 029**