Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (CA SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (CA SBN 179702)
smichelman@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion Longevity Inc.*
*and Blue Fuzion Group Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:26-cv-02460-SB-KS <br><br> **DECLARATION OF JEFF NARDINELLI IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> Hon. Stanley Blumenfeld, Jr. <br> Date: May 1, 2026 <br> Time: 8:30 a.m. <br> Courtroom: 6C |

No. 2:26-cv-02460-SB-KS
NARDINELLI DECLARATION ISO MOTION TO DISMISS REPLY

I, Jeff Nardinelli, hereby declare:

1.      I am a partner at the law firm of Simpson Thacher & Bartlett LLP, counsel for Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") in this action.  I submit this declaration in support of Defendants' Reply in Support of Defendants' Motion to Dismiss.

2.      Attached as Exhibit 1 is a true and correct copy of Plaintiff's infringement contentions for claim 1 of the '339 patent, with red boxes added by counsel to identify relevant features of the accused patch.

The foregoing is true and accurate to the best of my knowledge and recollection, under penalty of perjury.

Dated: April 17, 2026

By: */s/ Jeff Nardinelli*
Jeff Nardinelli

*Counsel for Defendants*
*Orion Longevity Inc. and Blue*
*Fuzion Group Ltd.*

No. 2:26-cv-02460-SB-KS
NARDINELLI DECLARATION ISO MOTION TO DISMISS REPLY