# Exhibit 1

CONFIDENTIAL – ATTORNEY'S EYES ONLY

*Eight Sleep Inc. v. Orion Longevity Inc, et al.*, No: 2:25-cv-09685-SB-RAO (C.D. Cal.)

**Exhibit 3**

**Infringement of United States Patent 12,370,339 (the "'339 Patent") by Orion Longevity Inc. and Blue Fuzion Group LTD.**

**Asserted Claims: 1, 4, 5, 9, 10, 11, 22, 23, 28, and 29**

| Claim Language | Accused Product(s) |
|---|---|
| [1] A method for operating a bed device, the method comprising: | Orion performs the claimed method of operating a bed device. Orion's website states that Orion's Sleep System comprises a Smart Cover, a Control Tower and Orion Intelligence. |

1

| Claim Language | Accused Product(s) |
|---|---|
| |  |

| Claim Language | Accused Product(s) |
|---|---|
| | <br><br>https://www.orionsleep.com/product/orion-sleep-system<br><br>Orion's website states that "Orion enhances your mattress. Our smart cover goes on top of your mattress and cools your body. Studies show that temperature regulation can help reduce wake ups, extend deep sleep and REM, and significantly increase overall sleep quality. |

| Claim Language | Accused Product(s) |
| --- | --- |
| |  https://www.orionsleep.com/ |
| [1.a] obtaining at least one first biological signal from a user, the at least one first biological signal indicating a presence of the user on the bed device; | Orion indicates that it is "using built-in sensors to track your heart rate, breath rate, and sleep patterns, while intelligently cooling or warming your body during the night". We confirmed that the product included a piezo sensor on each side of the bed. |

| Claim Language | Accused Product(s) |
| --- | --- |
| |  |
| [1.b] determining a first control signal and a time to send the first control signal | Orion provides heating or cooling based on a user defined schedule based on a bedtime. |

| Claim Language | Accused Product(s) |
|---|---|
| to the bed device, wherein the first control signal comprises a first instruction to turn the bed device on or off and a second instruction to set a temperature of the bed device to a first temperature, and wherein the time to send the first control signal to the bed device is based on a bedtime associated with the user, the presence of the user, or both; | <br><br>https://www.reddit.com/r/Orion_Sleep/comments/1pw9yzd/orion_app_screenshots/<br><br>Orion states that its system includes "Bedtime auto turn-on" and "Auto turn-off in the morning" |

| Claim Language | Accused Product(s) |
|---|---|
|  | <br><br>https://www.reddit.com/r/Orion_Sleep/comments/1q3t51r/orion_subscription_breakdown/#lightbox |
| [1.c] sending the first control signal to the bed device at the determined time to turn the bed device on or off and set the bed device to the first temperature; | Orion heats or cools the bed based on a user defined schedule. |

| Claim Language | Accused Product(s) |
|---|---|
| | <br><br>https://www.reddit.com/r/Orion_Sleep/comments/1pw9yzd/orion_app_screenshots/ |
| [1.d] obtaining, while the bed device is turned on, at least one second biological signal from the user, wherein the at least one second biological signal is different | Orion provides a patch for assessing sleep quality.  This patch obtains a biological signal which is different than a signal obtained through the piezo sensors. |

| Claim Language | Accused Product(s) |
|---|---|
| from the at least one first biological signal; | <br><br>https://www.orionsleep.com/product/sleep-optimization-test |

| Claim Language | Accused Product(s) |
|---|---|
| [1.e] determining a second control signal, wherein the second control signal comprises an instruction to the bed device to adjust the temperature of the bed device to a second temperature in response to the obtained at least one second biological signal; and | The patch is used to adjust the user's temperature schedule.<br><br>**How Sleep Optimization Test Data Is Used**<br><br>When a customer completes the Orion Sleep Optimization Test, the data from the test is securely uploaded to their Orion profile.<br><br>If the test is completed before setting up the system, Orion uses this data during setup to automatically program initial temperature preferences, schedules, and baseline comfort settings. This allows the system to start in a state that is already tailored to how the customer sleeps, rather than relying on generic defaults.<br><br>If the test is completed after Orion has already been set up, the data can still be applied to the user profile to further refine temperature behavior and personalization.<br><br>The Sleep Optimization Test can be completed for:<br><br>• A single individual<br>• Two people sharing a bed, such as a customer and a partner<br><br>When two people complete the test, each person's data is applied independently to their assigned side of the bed. This allows Orion to be programmed specifically for each sleeper, even when temperature preferences or sleep patterns differ.<br><br>https://intercom.help/orionsleep/en/articles/13232730-what-is-the-orion-sleep-system |
| [1.f] sending the second control signal to the bed device to adjust the temperature of the bed device to the second temperature. | Orion uses the temperature schedule from the sleep test to send signals to the control tower to adjust the temperature of the bed. |

| Claim Language | Accused Product(s) |
|---|---|
| | **How Sleep Optimization Test Data Is Used**<br><br>When a customer completes the Orion Sleep Optimization Test, the data from the test is securely uploaded to their Orion profile.<br><br>If the test is completed before setting up the system, Orion uses this data during setup to automatically program initial temperature preferences, schedules, and baseline comfort settings. This allows the system to start in a state that is already tailored to how the customer sleeps, rather than relying on generic defaults.<br><br>If the test is completed after Orion has already been set up, the data can still be applied to the user profile to further refine temperature behavior and personalization.<br><br>The Sleep Optimization Test can be completed for:<br><br>• A single individual<br>• Two people sharing a bed, such as a customer and a partner<br><br>When two people complete the test, each person's data is applied independently to their assigned side of the bed. This allows Orion to be programmed specifically for each sleeper, even when temperature preferences or sleep patterns differ.<br><br>https://intercom.help/orionsleep/en/articles/13232730-what-is-the-orion-sleep-system |
| [2] The method of claim 1, wherein obtaining the at least one first biological signal comprises measuring the at least one first biological signal with a sensor of the bed device. | The first biological signal is measured with a piezo electric sensor within the Smart Cover. |