# Exhibit 1

Alex Spiro (*pro hac forthcoming*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac forthcoming*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac forthcoming*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Naoya Son (SBN 324444)
nson@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Attorneys for Plaintiff
EIGHT SLEEP INC.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **EIGHT SLEEP INC.**,<br><br>      Plaintiff,<br><br>    vs.<br><br>**ORION LONGEVITY INC.**, and **BLUE FUZION GROUP LTD.**,<br><br>      Defendants. | Case No. 2:26-cv-02460<br><br>**EIGHT SLEEP INC.'S PROPOSED TERMS FOR CONSTRUCTION AND PRELIMINARY CLAIM CONSTRUCTIONS** |

Pursuant to the Case Management Order in *Eight Sleep Inc. v. Orion Longevity Inc.*, Case No. 2:25-CV-09685 (C.D. Cal.) ("*Eight Sleep I*") (Dkt. 32), [1] plaintiff Eight Sleep Inc. ("Plaintiff" or "Eight Sleep") hereby provides its proposed terms for construction and preliminary claim constructions for the asserted claims of U.S. Patent Nos. 12,377,240 (the "'240 Patent") and 12,370,399 (the "'399 Patent").

Eight Sleep reserves the right, consistent with the Federal Rules of Civil Procedure, the Local Rules of this District, and the Standing Orders of this Court (as well as any other applicable rule), to revise, supplement, and amend its constructions, and to offer evidence (including rebuttal expert testimony) and argument regarding any claim term in view of Defendants' constructions and identification of extrinsic evidence. Eight Sleep also reserves the right to elaborate on its understanding of plain and ordinary meaning to the extent Defendants identify, at any time, a term for construction that is not included in Eight Sleep's list of terms below or to the extent Defendants offer an affirmative construction. Eight Sleep reserves the right to propose a construction for such term. Additionally, Eight Sleep reserves the right to include or exclude claim language surrounding a term to be construed. The following preliminary proposed constructions do not waive any arguments that Eight Sleep may have.

[1] In *Eight Sleep I*, the Court granted defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.'s (collectively, "Defendants" or "Orion") motion to dismiss without prejudice, and instructed Eight Sleep to file a new complaint, and "[u]pon refiling, the parties should be prepared to proceed in accordance with the case management order entered in this case." *Eight Sleep I*, Dkt. 63.

**<u>Proposed Claim Constructions:</u>**

| Claim Term | Patent(s) & Claim(s) | Proposed Construction |
| --- | --- | --- |
| "bedtime associated with the user" | '339 Patent cls. 1, 5 | Not indefinite / Plain and ordinary meaning |
| "environmental property [of an environment proximate the user]" | '240 Patent, cls. 2, 5; '339 Patent, cl. 9 | Not indefinite / Plain and ordinary meaning |
| "compound biological signal comprising one or more" | '339 Patent, cl. 22 | Not indefinite / Plain and ordinary meaning |
| "first temperature" / "second temperature" | '339 Patent, cl. 1; '240 Patent, cl. 1 | Not indefinite / Plain and ordinary meaning |
| "first zone" / "second zone" | '240 Patent, cl. 1 | Not indefinite / Plain and ordinary meaning |
| "sleep phase" | '240 Patent, cls. 14-15 | Not indefinite / Plain and ordinary meaning |
| "sleep session" | '240 Patent, cls. 11-12 | Not indefinite / Plain and ordinary meaning |
| "temperature control device" | '240 Patent, cl. 1 | Not indefinite / Plain and ordinary meaning |
| "user-specified preference" | '240 Patent, cl. 1 | Not indefinite / Plain and ordinary meaning |

Dated: March 9, 2026            **WILSON SONSINI GOODRICH & ROSATI**
                                **Professional Corporation**

                                By:    /s/ *Ryan R. Smith*
                                       Ryan R. Smith
                                       Naoya Son
                                       Alex Miller

Dated: March 9, 2026            **QUINN EMANUEL URQUHART &**
                                **SULLIVAN, LLP**

                                By:    /s/ *Alex Spiro*
                                       Alex Spiro
                                       Steven Cherny
                                       Patrick D. Curran
                                       Nicola Felice

                                *Attorneys for Plaintiff*
                                   *EIGHT SLEEP INC.,*


                                **SIGNATURE ATTESTATION**

I, Ryan R. Smith, attest that the other signatories to this document concur in its content and authorize its service.


                                       /s/ *Ryan R. Smith*
                                       Ryan R. Smith

# **CERTIFICATE OF SERVICE**

I, Naoya Son, am employed in the Century City office of Wilson Sonsini Goodrich & Rosati, P.C. I am over the age of 18 and not a party to the within action. My business address is 1900 Ave of the Stars, 28th Floor, Century City, CA 90067.

On March 9, 2026, I caused the following document to be served:

- EIGHT SLEEP INC.'S PROPOSED TERMS FOR CONSTRUCTION AND PRELIMINARY CLAIM CONSTRUCTIONS

via e-mail on the following individuals and email addresses:

- Eamonn Gardner (egardner@cooley.com);
- Alexandra Mayhugh (amayhugh@cooley.com);
- Megan Donohue (mdonohue@cooley.com);
- Vivienne Goldschlag (vpismarov@cooley.com); and
- Orion/EightSleep-lit_External-Service@cooley.com.

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct. Executed on March 9, 2026.

By:    */s/ Naoya Son*
       Naoya Son

CERTIFICATE OF SERVICE        -1-        CASE NO. 2:26-cv-02460