Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

*(counsel appearances continued below)*

Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion Longevity*
*Inc. and Blue Fuzion Group Ltd.*

*(counsel appearances continued below)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD., <br><br> Defendants. | Case No. 2:26-CV-02460-SB-KS <br><br> **JOINT PROPOSAL FOR MODIFIED CASE SCHEDULE** |

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, California 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants*
*Orion Longevity Inc. and Blue Fuzion Group Ltd.*

JOINT PROPOSAL FOR MODIFIED CASE SCHEDULE

CASE NO. 2:26-CV-02460-SB-KS

Pursuant to this Court's April 16, 2026 order (Dkt. No. 50), the Plaintiff Eight Sleep Inc. ("Eight Sleep") and Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, the "Parties") met and conferred and worked cooperatively to discuss scheduling adjustments. The Parties are pleased to provide for the Court's consideration an agreed-on proposed schedule. This agreed-on proposal maintains the December 14, 2026 trial date while adjusting the spacing of certain events to facilitate claim construction briefing on the three claim terms Defendants identified on April 9, 2026. As part of that process, the parties jointly propose to follow the claim construction briefing procedure this Court used in *Pinkerton Tobacco Co. LP v. The Art Factory AB*, Case No. 2:20-cv-1322-SB-MRWx (C.D. Cal. May 6, 2021), Dkt. No. 162.

| EVENT | CMO DEADLINE (Dkt. No. 43) | PARTIES' JOINT PROPOSAL |
|---|---|---|
| Joint Markman Prehearing Statement Due | April 13, 2026 | May 1, 2026 |
| Deadline for any request to stay pending IPR | N/A | June 1, 2026 |
| Claim Construction Discovery Deadline | May 4, 2026 | June 5, 2026 |
| Opening *Markman* Briefs Due | May 22, 2026 | June 12, 2026 |
| Motion to Amend Pleadings / Add Parties Hearing Deadline | June 12, 2026 | Same – June 12, 2026 |
| Responsive *Markman* Briefs Due | June 5, 2026 | June 19, 2026 |
| *Markman* Hearing (8:30 am) | June 26, 2026 | July 10, 2026 |

| EVENT | CMO DEADLINE (Dkt. No. 43) | PARTIES' JOINT PROPOSAL |
|---|---|---|
| Initial Expert Disclosure[1] | July 10, 2026 | August 7, 2026 |
| Discovery Deadline – Nonexpert | July 24, 2026 | August 7, 2026 |
| Rebuttal Expert Disclosure | July 24, 2026 | August 28, 2026 |
| Discovery Motion Hearing Deadline[2] | August 21, 2026 | September 11, 2026 |
| Discovery Deadline – Expert | August 21, 2026 | September 11, 2026 |
| Deadline for Parties to Meet and Confer on MSJ (§1.e.i.) | N/A | September 11, 2026 |
| Deadline for Moving Party to Provide Moving Portion of MSJ (§1.e.ii.) | N/A | September 18, 2026 |
| Settlement Conference Deadline (Private Mediator) | September 18, 2026 | Same – September 18, 2026 |
| Deadline for Opposing Party to Provide Integrated MSJ Motion to Moving Party (§1.e.iii.) | N/A | October 2, 2026 |
| Deadline for Moving Party to File Joint MSJ Brief (§1.e.iv.) | N/A | October 8, 2026 |
| Post-Settlement Status Report (7 days before by 9:00 am) | September 25, 2026 | Same – September 25, 2026 |

---

[1] Parties shall serve opening reports for issues on which they bear the burden of proof.
[2] A motion seeking or opposing further nonexpert discovery must be heard on or before the nonexpert discovery deadline.

JOINT PROPOSAL FOR MODIFIED CASE SCHEDULE          2          CASE NO. 2:26-CV-02460-SB-KS

| EVENT | CMO DEADLINE (Dkt. No. 43) | PARTIES' JOINT PROPOSAL |
|---|---|---|
| Deadline for Moving Party to File Separate Reply MSJ Memorandum (§1.f.) | N/A | October 9, 2026 |
| Post-Settlement Status Conference (Fri., 8:30 am) | October 2, 2026 | Same – October 2, 2026 |
| Non-Discovery Motion Hearing Deadline / MSJ Hearing | October 2, 2026 | October 23, 2026 |
| Trial Filings (First Set) Deadline | October 30, 2026 | Same – October 30, 2026 |
| Trial Filings (Second Set) Deadline | November 13, 2026 | Same – November 13, 2026 |
| Pretrial Conference (Fri., 10:00 am) | December 4, 2026 | Same – December 4, 2026 |
| Jury Trial (Mon., 8:30 am) | December 14, 2026 | Same – December 14, 2026 |

Date:  April 22, 2026

By: */s/ Patrick D. Curran*

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000

By: */s/ Jeff Nardinelli*

Amy H. Candido (SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)

JOINT PROPOSAL FOR MODIFIED CASE SCHEDULE          3          CASE NO. 2:26-CV-02460-SB-KS

Facsimile:    (212) 849-7100

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, California 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants*
*Orion Longevity Inc. and Blue Fuzion Group Ltd.*

JOINT PROPOSAL FOR MODIFIED CASE SCHEDULE         4         CASE NO. 2:26-CV-02460-SB-KS

## SIGNATURE ATTESTATION

I, Patrick D. Curran, attest that the other signatories to this document concur in its content and authorize its filing.

/s/ <em>Patrick D. Curran</em><br>Patrick D. Curran