Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

*(counsel appearances continued below)*

Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER &
BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion Longevity*
*Inc. and Blue Fuzion Group Ltd.*

*(counsel appearances continued below)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD., <br><br> Defendants. | Case No. 2:26-CV-02460-SB-KS <br><br> **JOINT STATUS REPORT REGARDING DEFENDANTS' MOTION TO AMEND** |

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, California 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants*
*Orion Longevity Inc. and Blue Fuzion Group Ltd.*

Pursuant to this Court's April 30, 2026 Order (Dkt. 60), Plaintiff Eight Sleep Inc. ("Eight Sleep") and Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, the "Parties") met and conferred and worked cooperatively to discuss Defendants' pending motion for leave to amend invalidity contentions and claim construction disclosures (Dkt. 53). The Parties are pleased to report that, subject to the Court's approval, the Parties have reached an agreement to moot the pending motion for leave and resolve this dispute.

As background, the Parties understood the Court's April 16, 2026 Order (Dkt. 50) to relate only to Defendants' motion to amend their claim construction positions, not their invalidity contentions. Due to that misunderstanding, the Parties' prior scheduling meet-and-confer and joint status report on a proposed revised schedule were limited to discussing a schedule that would accommodate Defendants' amended claim construction positions. The Parties apologize for their misunderstanding and any inconvenience it may have caused.

Following the Court's April 30 Order (Dkt. 60), the Parties met and conferred on April 30, 2026 to discuss potential agreements that would resolve Defendants' pending motion for leave to amend with respect to Defendants' invalidity contentions. As a result of those efforts, the Parties have agreed, subject to the Court's approval, to moot the pending motion (Dkt. 53) by adding two additional patent-specific dates to the case schedule: (1) Plaintiff will amend its infringement contentions by May 15, and (2) Defendants will amend their invalidity contentions by June 5. These two additions to the schedule will not alter any other dates. The Parties will include these additional dates in their [Proposed] Order Continuing Deadlines In The Case Management Order, which the Parties are jointly submitting to the Court's chambers email address in Microsoft Word format concurrently.

JOINT STATUS REPORT REGARDING                    1                    Case No. 2:26-cv-02460-SB-KS
DEFENDANTS' MOTION TO AMEND

Date:  May 1, 2026

By: */s/ Patrick D. Curran*

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

By: */s/ Amy H. Candido*

Amy H. Candido (SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, California 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants*
*Orion Longevity Inc. and Blue Fuzion Group Ltd.*

JOINT STATUS REPORT REGARDING DEFENDANTS' MOTION TO AMEND

2

## SIGNATURE ATTESTATION

I, Patrick D. Curran, attest that the other signatories to this document concur in its content and authorize its filing.

/s/ *Patrick D. Curran*
Patrick D. Curran