# Exhibit 16

Exhibit 16 - 167

# EXHIBIT 16

Exhibit 16 - 167

Eamonn Gardner (CA SBN 310834)
COOLEY LLP
1144 15th Street, Suite 2300
Denver, CO 80202
Phone: (720) 566-4000
Fax: (720) 566-4099
egardner@cooley.com

Alexandra Mayhugh (CA SBN 300446)
COOLEY LLP
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
Phone: (213) 561-3250
Fax: (213) 561-3244
amayhugh@cooley.com

*Counsel for Defendants Orion Longevity Inc.
and Blue Fuzion Group Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD. <br><br> Defendants. | Case No. 2:25-cv-09685-SB-RAO <br><br> **DECLARATION OF JONATHAN ZWIEBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** <br><br> <span style="color:red">**REDACTED VERSION OF THE DOCUMENT PROPOSED TO BE FILED UNDER SEAL**</span> <br><br> Hon. Stanley Blumenfeld, Jr. <br> Crtroom: 6C |

COOLEY LLP
ATTORNEYS AT LAW

1

I, Jonathan Zwiebel, hereby declare:

1.  This declaration is based on my personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.  I understand that the above-captioned case is a United States patent infringement action in which Eight Sleep Inc. ("Eight Sleep") has accused Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") of infringing its patents based on the alleged making, using, selling, offering for sale, and importing the Orion Sleep System in the United States.

3.  I am currently the Chief Technology Officer of Orion.  I have held this role since 2024.   The information in this declaration is based on my own personal knowledge, my review of Orion documents maintained in the ordinary course of business, and information provided to me by employees with relevant responsibilities.  I can competently testify that, to the best of my knowledge and belief, the matters set forth herein are true.

4.  Orion is a startup company focused on developing sleep-optimization technology designed to improve sleep quality for its consumers.

5.  Orion Sleep, LLC was founded in 2024 and converted to Orion Longevity Inc. in 2025.  Orion is organized under the laws of the state of Delaware and has a principal place of business located at 621 23rd Street, Santa Monica, California 90402.

6.  The Orion Sleep System is intended to be a biometric mattress cover equipped with multiple sensors and temperature-control components that monitor user inputs and intelligently adjusts the bed's temperature to help maintain optimal sleep conditions.  I am informed that in this case Eight Sleep is accusing an Orion Sleep System that includes smart feature functionality that regulates temperature based on user sensor data (the "Accused Orion Sleep System").

7.  ███████████████████████████

Case No. 2:25-cv-09685-SB-RAO
DECLARATION OF JONATHAN ZWIEBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Exhibit 16 - 169



8. The Accused Orion Sleep System includes sensors to gather feedback from users' sleep patterns to enable temperature regulation.

9.

10.

11. Testimonials shown on the Orion website come from individuals affiliated with Orion.

12.

3

Cooley LLP
Attorneys at Law

Exhibit 16 - 170

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

13.    Orion does not control the business operations of BFG.  BFG is a separate and independent foreign entity with its own management and corporate structure.  Orion does not direct BFG's activities, does not control its operations, and has no ownership authority over BFG.

14.    BFG does not manufacture, market, offer for sale or sell, import, distribute, or otherwise place any Orion products into the United States or the state of California.  BFG has never imported the Accused Orion Sleep System into the United States on Orion's behalf.  BFG does not distribute Orion products in the United Stated, and has no authority to do so.

15.    BFG does not control the product design, development, manufacture, marketing, or sales efforts of Orion with respect to any products marketed, offered for sale, or sold by Orion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2025, in Los Angeles, California.

Dated: December 9, 2025

By: *Jonathan Zwiebel*
_____
Jonathan Zwiebel

*Chief Technology Officer for Defendant Orion Longevity Inc.*

COOLEY LLP
ATTORNEYS AT LAW

Case No. 2:25-cv-09685-SB-RAO
DECLARATION OF JONATHAN ZWIEBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Exhibit 16 - 171