**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER: |
|---|---|---|
| Eight Sleep Inc. | | 2:26-cv-02460-SB-KSx |
| | Plaintiff(s) | |
| v. | | |
| Orion Longevity Inc., et al. | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge                    .

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required

☐ In-Person Court Hearing

☐ Video Conference

☒ Telephonic

Magistrate Judge     Karen L. Stevenson

Date/Time     May 26, 2026 at 3 p.m.

Courtroom:     **call-in information emailed to participating parties.

When telephonic appearances are permitted, counsel must:
• Conduct the proceedings in professional settings rather than from vehicles, open public spaces, or during other activities (e.g., while exercising or attending sporting events);
• Avoid use of speakerphones during the call, headsets are preferred when possible;
• Minimize environmental noise and background conversations; and
• Avoid speaking over one another during the call.

Dated:     April 9, 2026          By:     Kerri Hays

                                              Deputy Clerk

CV-19 (11/21)          **MOTION RE: INFORMAL DISCOVERY DISPUTE**          Page 1 of 1