Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiff
Eight Sleep Inc.*

*(counsel appearances continued
below)*

Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (CA SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER &
BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Phone: (415) 426-7300
Fax: (415) 426-7301

*Counsel for Defendants Orion
Longevity Inc. and Blue Fuzion Group
Ltd.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **EIGHT SLEEP INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**ORION LONGEVITY INC.,** and **BLUE FUZION GROUP LTD.,**<br><br>Defendants. | Case No. 2:26-CV-02460-SB-KS<br><br>**SUPPLEMENTAL JOINT CLAIM CONSTRUCTION PRE-HEARING STATEMENT** |

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (CA SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, CA 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*

The parties submit this Supplemental Joint Claim Construction Pre-Hearing Statement because a latent claim construction dispute emerged as the parties were discussing Plaintiff's May 15, 2026 Infringement Contentions.  The dispute concerns the meaning of the term "the processor" in Claim 29 of U.S. Patent Nos. 12,370,339 (the "'339 Patent") and 12,377,240 (the "'240 Patent") (collectively, the "Asserted Patents").

The parties met and conferred on their respective proposed constructions of the disputed term on May 26, 2026 and May 28, 2026, but were unable to reach agreement.

## I.    AGREED UPON CONSTRUCTION OF CLAIM TERMS

The parties identify the following claim term(s) from the Asserted Patents for which the parties agree on the applicable claim construction(s):

| Claim Term | Agreed Upon Construction |
| --- | --- |
| "sleep phase" ('240 Patent, cls. 14, 15) | "light sleep, deep sleep, or REM sleep" |

## II.    DISPUTED CLAIM TERMS

The parties identify the following claim terms from the Asserted Patents for which the parties dispute the applicable claim constructions:

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
| --- | --- | --- |
| "bed device" ('339 Patent cls. 1, 4, 28; '240 Patent, cls. 1, 8, 9, 10) | Plain and ordinary meaning | "device the user sleeps on" |
| "temperature control device" ('240 Patent, cl. 1) | Plain and ordinary meaning | "device separate from the bed device that controls the temperature of the bed device" |
| "A sleep system comprising a | Not governed by § 112. | Governed by § 112(f). |

| | | |
|---|---|---|
| processor and a memory in operative communication with the processor and storing instructions for the processor to implement the method of claim 1" ('240 Patent, Claim 29, incorporating functions in '240 Patent, Claim 1) | | Eight Sleep identifies the following functions and corresponding structure for each function:<br><br>Function<br><br>Obtaining at least one first biological signal from a first user, the at least one first biological signal indicating a presence of the first user on a first zone of the bed device;<br><br>Obtaining at least one second biological signal from a second user, the at least one second biological signal indicating a presence of the second user on a second zone of the bed device adjacent the first zone.<br><br>Structure<br><br>One or more user sensors, as illustrated in '240 Patent, Figures 4, 5A, 5B, 5C, and 5D and the corresponding description at 2:55-59 and 4:64-5:49.<br><br>Function<br><br>Generating a plurality of control signals for the bed device in response to the obtained at least one first biological signal and the at least one second biological |

-2-

| | | signal, the plurality of control signals comprising (1) a first instruction to set the temperature of the first zone to a first temperature and (2) a second instruction to set the temperature of the second zone to a second temperature that is different from the first temperature, wherein the first instruction is based at least in part on a first user-specified preference of the first user and the second instruction is based at least in part on a second user-specified preference of the second user.

### Structure

A general purpose processor programmed to perform the algorithm illustrated in '240 Patent, Figure 7 and the description at 7:48-8:25 and 11:56-12:21, including the following steps:

(1) In response to the obtained at least first and second biological signal, generating a first instruction to set the temperature of the first zone of the bed device to a first temperature based in part on a user-specified preference of the first user; and |

|  |  | (2) In response to the obtained at least first and second biological signal, generating a second instruction to set the temperature of the second zone of the bed device to a second temperature that is different from the first temperature based in part on a user-specified preference of the second user.

## Function

Sending the plurality of control signals to at least one respective temperature control device associated with the bed device such that the first and second zones are heated or cooled differently according to the plurality of control signals.

## Structure

(1) a general purpose processor programmed to perform the algorithm illustrated in '240 Patent, Figure 7 and the corresponding description at 7:48-8:25 and 11:56-12:21, including the step of sending the plurality of control signals, see '240 Patent at Fig. 7, 7:48-8:25; and (2) the power management box depicted |
|---|---|---|

| | | in Box 601 of Figure 6B and described in the '240 Patent at 7:36-47, connected to uniform coils 611 that heats or cools the first and second zone of the bed differently based on the control signals. |
|---|---|---|
| "a processor"/"the processor" ('240 Patent, cl. 29; '339 Patent, cl. 29) | Plain and ordinary meaning—one or more processors. | Orion contends "the processor" refers to a single processor. |

Date:  June 4, 2026

By: */s/ Nicola Felice*

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Steven Cherny (*pro hac vice*)
stevencherny@quinnemanuel.com
Patrick D. Curran (SBN 241630)
patrickcurran@quinnemanuel.com
Nicola Felice (*pro hac vice*)
nicolafelice@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 5th Avenue
New York, New York 10016-7103
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Ryan R. Smith (SBN 229323)
rsmith@wsgr.com
Alexander R. Miller (SBN 347827)
alex.miller@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

Naoya Son (SBN 324444)
nson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1900 Ave. of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

*Attorneys for Plaintiff*
*Eight Sleep Inc.*

By: */s/ Jeff Nardinelli*

Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (CA SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (SBN 179702)
smichelman@mrllp.com
Aaron L. Plesset (SBN 352104)
aplesset@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

Mona Z. Hanna (SBN 131439)
mhanna@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave, 10th Floor
Irvine, CA 92614
Phone: (714) 557-7990
Fax: (714) 557-7991

*Counsel for Defendants Orion Longevity Inc. and Blue Fuzion Group Ltd.*

# SIGNATURE ATTESTATION

I, Jeff Nardinelli, attest that the other signatories to this document concur in its content and authorize its service.

/s/ Jeff Nardinelli
Jeff Nardinelli