# EXHIBIT 2

**DOCUMENT PROPOSED TO BE FILED UNDER SEAL**