# EXHIBIT 3

REDACTED VERSION OF THE
DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# INVOICE



Bill to
**Orion Longevity Inc**
621 23RD ST, SANTA MONICA, CA, 90402-3129, United States

| | |
|---|---|
| Shipment Name | **Uncombined: Smart Cover + Control Unit** |
| Invoice # |  |
| Shipment ID | |
| Issue Date | **Sep 04, 2025** |
| Due Date | **Sep 04, 2025** |

## Shipment Details

| Origin Addresses | Departure Port | Arrival Port | |
|---|---|---|---|
| Dongguan Sheerfond New Materials Co.,Ltd., Room 701, No. 3, Baoya Street, Chashan Town, Room 701, No. 3, Baoya Street, Chashan Town, Dongguan, Guangdong, China; Guangdong Fuxin Technology Co.,Ltd, No.20 Keyuan Road 3, Gaoli, Ronggui, SHUNDE, Guangdong, China | HKG - Hong Kong - Hong Kong | LAX - Los Angeles - CA | |

| Pickup Date | Departure Date | Arrival Date | Delivery Date |
|---|---|---|---|
| Sep 02, 2025 | Sep 02, 2025 | Sep 03, 2025 | Sep 08, 2025 |

| Master Air Waybill | | Vessel | Voyage |
|---|---|---|---|
| | | | KJ 0284 |

| Total Weight | Total Volume | Total Chargeable Weight | Pieces |
|---|---|---|---|
| 1105.0 kg | 12.316 cbm | 2053.0 kg | 76 |

## Items

| Description | Rate | Quantity | Amount In USD |
|---|---|---|---|
| **Freight Charges** | | | |
| Air Cargo Advanced Screening | $30.00 | | |
| Air Freight | | | |
| Automated Manifest System | $15.00 | | |
| New Client Promotion | | | |
| **Origin Charges** | | | |
| Airline Terminal | $0.24 | | |
| Cartage Base | $248.8827 | | |
| Export Customs Clearance | $48.8827 | | |
| Handling | | | |
| Origin Document | | | |
| **Destination Charges** | | | |
| Cartage Base | $0.228 | | |
| Fuel Surcharge | 39.5 | | |
| Import Handling | | | |
| Import Service Charge | | | |
| Terminal Breakdown | $0.18 | | |
| **Customs Charges** | | | |
| Disbursement Service Fee | 2.5% | | |
| Import Customs Clearance | $135.00 | | |
| Disbursements | | | |
|     Customs Duty | | | |
|     Merchandise Processing Fee | | | |
| **Additional Charges** | | | |
| Freight Insurance | | | |
| **Subtotal** | | | |
| **Total Amount** | | | |

| Containers | Notes |
|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000397

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000398

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000399



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

994 HKG



| Shipper's Name and Address | Shipper's Account Number | Not Negotiable |
|---|---|---|

**House Air Waybill**

BLUE FUZION GROUP LTD
UNIT 1610 16/FL KOWLOON PLAZA 485 CASTLE PEAK ROAD LAI
CHI KOK
KOWLOON., HONG KONG, HONG KONG SAR CHINA
ADA CHAN
852-67190217 ADA.CHAN@BFGROUP.ASIA

Issued by

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address** — Consignee's Account Number

ORION SLEEP
601 4TH ST., SUITE 323
SAN FRANCISCO, CALIFORNIA, 94107, UNITED STATES
EIN: 33-212150600
JONATHAN ZWIEBAL
1-650-521-63
JONATHAN@ORIONBED.COM

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

**Accounting Information**

FREIGHT COLLECT NOTIFY PARTY: TEL:
1-650-521-63 / JONATHANZWIEBAL /
JONATHAN@ORIONBED.COM

Agent's IATA Code          Account No.

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|

HONG KONG

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | KJ | | | | | | HKD | CC | X | X | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|
| LOS ANGELES | KJ952    03SEP2025 | NIL | |

**Handling Information**

TOTAL: 76 CTNS (SLAC 76CTNS)
COMMERCIAL INVOICE & PACKING LIST ATTACHED.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 76 | 1105.0 | K | Q | 2053.0 | | | ORION SMART SLEEP SYSTEM,CONSIST OF: CONTROL TOWER*36PCS-8517.62.00.90 SMART COVER(MATTRESS SUPPORT X36PCS-9404.10.00.00 SMART COVER SPARE PCS(MATTRESS SUPPORT X 4PCS-9404.10.00.00) 79X58X41CM/40 78X57X30CM/36 |

MARKS AND NUMBERS
AS PER P/L

| 76 | 1105.0 | K | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|

**Valuation Charge**

AS ARRANGED

**Tax**

**Total Other Charges Due Agent**

Shipper certifies that the particulars on the face hereof are correct and that **insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.**

**Total Other Charges Due Carrier**

---

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|

| Currency Conversion Rates | CC Charges in Dest. Currency | 02-SEP-2025          HKG |
|---|---|---|

Executed on (date)          at (place)          Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

AWBEDITOR.COM

**Original 3 (for Shipper)**



**Blue Fuzion Group Limited**

Unit 1610, 16/F, Kowloon Plaza,
485 Castle Peak Road, Lai Chi Kok
Kowloon, Hong Kong

| | |
|---|---|
| Invoice No: | BFG-S-2025-1265 |
| Issue Date: | 03-Sep-25 |
| BFG ref# | BETA ORDER |

**CONSIGNEE**
ORION SLEEP
601 4TH ST., SUITE 323
San Francisco CA 94107
EIN# 332121506
CTC: Jonathan Zwiebal / Jonathan@orionbed.com
Tel: 1-650-521-63

| | |
|---|---|
| Flight Number | KJ952 |
| DEP DATE: | 3 Sept 2025 |
| ARR DATE: | 4 Sept 2025 |
| POL: | HONG KONG |
| POD: | LOS ANGELES, CA |

# COMMERCIAL INVOICE

| PO# | SKU # | Description of Goods | Quantity | |
|---|---|---|---|---|
| | | | | |
| BETA ORDER | 1450281 ~ 1450287 | Orion Smart Sleep System, Consist of: | | |
| | | - Control Tower | 36PCS | |
| | | (HTS 8517.62.00.90 | | |
| | | | | |
| | | - Smart Cover | 36PCS | |
| | | (HTS 9404.10.00.00) | | |
| | | - Smart Cove - Spare units, Free | 4PCS | |
| | | (HTS 9404.10.00.00) | | |
| | | | | |
| | | | | |
| | | **Total** | **76 SETS** | |

**SAY TOTAL :**

Remark:
(1) THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.
(2) Country of origin of all the above items: CHINA

For and on behalf of
BLUE FUZION GROUP LTD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000402

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 03/31/2025

# ENTRY SUMMARY

| 1. Filer Code/Entry Number | 2. Entry Type | 3. Summary Date | 4. Surety Number | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|---|---|---|
| CHQ-2133697-1 | 01  ABI/P | 09/12/25  GEZ | 036 | 8 | 2720 | 09/03/25 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| KJ | 40 | CN | 09/03/25 |

| 12. B/L or AWB Number | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| ▮▮▮▮ | CNGUAFUX20SHU | CN | 09/02/25 |

| 16. I.T. Number | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | | | 2720 |

| 21. Location of Goods/G.O. Number | 22. Consignee Number | 23. Importer Number | 24. Reference Number |
|---|---|---|---|
| WAY9  Flight: 0284 | 33-212150600 | 33-212150600 | |

| 25. Ultimate Consignee Name (Last, First, M.I.) and Address | 26. Importer of Record Name (Last, First, M.I.) and Address |
|---|---|
| ORION LONGEVITY LLC DBA ORION SLEEP<br>Street: 621 23RD ST.<br><br>Destination: CA<br>City:  SANTA MONICA      State:  CA  Zip:  90402 | ORION LONGEVITY LLC DBA ORION SLEEP<br>Street: 621 23RD ST.<br><br>City:  SANTA MONICA      State:  CA  Zip:  90402 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value / B. CHGS / C. Relationship | 33. A. HTSUS Rate / B. AD/CVD Rate / C. IRC Rate / D. Visa Number | 34. Duty and IR Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars   Cents |
| 001 | ARTICLE OF CHINA,US NTE 20(R)<br>9903.88.15<br>CN/HK EO 20% DUTY<br>9903.01.24<br>IEEPA-RECIPROCAL EXCLUSION ANN<br>9903.01.32<br>MACHINES FOR RECEPTION, OTHER<br>8517.62.0090 | 425 KG | 76 CTN<br><br><br><br><br><br>36.00 NO | ▮▮▮▮ | 7.5%<br><br>20%<br><br>FREE<br><br>FREE | ▮▮▮▮ |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | |

| Other Fee Summary (for Block 39)<br>499 - MPF   ▮▮▮ | 35. Total Entered Value<br>▮▮▮ | **CBP USE ONLY** | | TOTALS |
|---|---|---|---|---|
| | Total Other Fees<br>▮▮▮ | A. LIQ Code | B. Ascertained Duty | 37. Duty   ▮▮▮ |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | | D. Ascertained Other | 39. Other   ▮▮▮ |
| | | | E. Ascertained Total | 40. Total   ▮▮▮ |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☒ owner or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name (Last, First, M.I.)   Title | Signature | Date |
|---|---|---|
| ▮▮▮▮ | | 09/03/25 |

| 42. Broker/Filer Information Name (Last, First, M.I.) and Phone Number | 43. Broker/Importer File Number |
|---|---|
| ▮▮▮▮ | ▮▮▮ / Uncombined: Smart Cover + Control Unit |

CBP Form 7501 (5/22)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000403

PAPERLESS

**ENTRY SUMMARY CONTINUATION SHEET**

| 1. Filer Code/Entry Number |
|---|
| CHQ-2133697-1 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa Number | 34. Duty and IR Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 002 | ARTICLE OF CHINA,US NTE 20(F) | | | | | █████ | |
| | 9903.88.03 | | | | 25% | | |
| | CN/HK EO 20% DUTY | | | | | | |
| | 9903.01.24 | | | | 20% | | |
| | PRD ANY CTRY,EXC 99030126-0134 | | | | | | |
| | 9903.01.25 | | | | 10% | | |
| | MATTRESS SUPPORTS | | | | | | |
| | 9404.10.0000 | 480 KG | 40.00 NO | █████ | FREE | | |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | | |
| | Totals for Invoice BFG-S-2025-1265 | █████ | | +/- MMV | Exchange 1.00000 | | |

| CBP Form 7501 (5/22) | Page 2 of 2 |
|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000404

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB CONTROL NUMBER: 1651-0024
EXPIRATION DATE: 11/30/2025

## ENTRY/IMMEDIATE DELIVERY
19 CFR 142.3, 142.16, 142.22, 142.24, 149.3

### HEADER INFORMATION

| 1. PORT OF ENTRY: 2720 | 2. BOND TYPE: ☐ Single Transaction Bond  ☒ Continuous Bond  ☐ No Bond Required | 3. IMPORTER NUMBER: ☒ IRS  ☐ SSN  ☐ CBP Assigned  33-212150600 |
|---|---|---|

**4. IMPORTER NAME AND ADDRESS:**
Name *(Last, First, Middle Initial):* ORION LONGEVITY LLC DBA ORION SLEEP
Street Address: 621 23RD ST.
City: SANTA MONICA            State: CA            Zip Code: 90402

| 5. ENTRY NUMBER: CHQ-2133697-1 | ██ | ██ | 8. CES: |
|---|---|---|---|

| 9. ENTRY TYPE: 01 | 10. ORIGINATING WHSE ENTRY NUMBER *(For Entry Type 22 Only):* | 11. SURETY CODE 036 |
|---|---|---|

| 12. PORT OF UNLADING 2720 | 13. MODE OF TRANSPORTATION: ☒ Air  ☐ Ocean  ☐ Rail  ☐ Truck  ☐ Hand Carry  ☐ Pipeline  ☐ Other | 14. LOCATION OF GOODS *(FIRMS):* ██ |
|---|---|---|

| 15. G.O. NUMBER: | 16. CONVEYANCE NAME/FTZ ZONE ID: |
|---|---|

### HEADER REFERENCE INFORMATION

| 17. REFERENCE ID CODE: | 18. REFERENCE ID NUMBER *(max of 50 characters):* ██ |
|---|---|

### HEADER PARTIES (MUST APPLY TO ENTIRE ENTRY; IF NOT, SKIP TO LINE INFORMATION)

| 19. HEADER PARTY TYPE: | 20. HEADER PARTY TYPE NAME *(Last, First, Middle Initial)* AND ADDRESS: | 21. HEADER ID # *(IF APPLICABLE)* |
|---|---|---|
| ☐ Manufacturer  ☐ Consignee  ☐ Buying Party  ☐ Selling Party | Name:  Street Address:  City:  State:  Zip Code: | ☐ IRS  ☐ SSN  ☐ CBP Assigned |
| ☐ Manufacturer  ☐ Consignee  ☐ Buying Party  ☐ Selling Party | Name:  Street Address:  City:  State:  Zip Code: | ☐ IRS  ☐ SSN  ☐ CBP Assigned |
| ☐ Manufacturer  ☐ Consignee  ☐ Buying Party  ☐ Selling Party | Name:  Street Address:  City:  State:  Zip Code: | ☐ IRS  ☐ SSN  ☐ CBP Assigned |
| ☐ Manufacturer  ☐ Consignee  ☐ Buying Party  ☐ Selling Party | Name:  Street Address:  City:  State:  Zip Code: | ☐ IRS  ☐ SSN  ☐ CBP Assigned |

| 22. CERTIFICATION | 23. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.  SIGNATURE OF APPLICANT:  ██  DATE: 09/03/25 | ☐ CBP examination required.  ☐ Other agency action required, namely:  ☐ Entry rejected, because: |

| BROKER OR OTHER GOVT. AGENCY USE | | |
|---|---|---|
| Req. Exam at: Transfer By:  Entry Bond [ ]   Carrier Bond [ ]  CHL Bond [ ]   CFS Bond [ ] | **DELIVERY AUTHORIZED:** | SIGNATURE:  DATE: |

CBP Form 3461 (07/21)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000405

**24. LINE INFORMATION**

|   | LINE 1 HTS CODE:<br>1. 99038815<br>2. 99030124 | HTS / COMMERCIAL / DESCRIPTION:<br>☐ HTS  ☒ Commercial/Invoice<br><br>Description: CONTROL TOWER | LINE ITEM QUANTITY:<br><br>FTZ FILING DATE: | VALUE<br>1. _____<br>2. _____ |
|---|---|---|---|---|
| **1** | COUNTRY OF ORIGIN:<br>CN | | ZONE STATUS: ☐ P  ☐ N | |
|   | LINE PARTY TYPE:<br>☐ Manufacturer<br>☐ Consignee<br>☐ Buying Party<br>☐ Selling Party | LINE NAME(Last, First, Middle Initial) AND ADDRESS:<br>Name:<br>Street Address:<br>City:          State:          Zip Code: | | LINE ID NUMBER, IF APPLICABLE:<br>☐ IRS<br>☐ SSN<br>☐ CBP Assigned<br>_____ |

|   | LINE 2 HTS CODE:<br>1. 99038803<br>2. 99030124 | HTS / COMMERCIAL / DESCRIPTION:<br>☐ HTS  ☒ Commercial/Invoice<br><br>Description: SMART COVER | LINE ITEM QUANTITY:<br><br>FTZ FILING DATE: | VALUE<br>1. _____<br>2. _____ |
|---|---|---|---|---|
| **2** | COUNTRY OF ORIGIN:<br>CN | | ZONE STATUS: ☐ P  ☐ N | |
|   | LINE PARTY TYPE:<br>☐ Manufacturer<br>☐ Consignee<br>☐ Buying Party<br>☐ Selling Party | LINE NAME(Last, First, Middle Initial) AND ADDRESS:<br>Name:<br>Street Address:<br>City:          State:          Zip Code: | | LINE ID NUMBER, IF APPLICABLE:<br>☐ IRS<br>☐ SSN<br>☐ CBP Assigned<br>_____ |

|   | LINE 3 HTS CODE:<br>1. _____<br>2. _____ | HTS / COMMERCIAL / DESCRIPTION:<br>☐ HTS  ☐ Commercial/Invoice<br><br>Description: _____ | LINE ITEM QUANTITY:<br><br>FTZ FILING DATE: | VALUE<br>1. _____<br>2. _____ |
|---|---|---|---|---|
| **3** | COUNTRY OF ORIGIN: | | ZONE STATUS: ☐ P  ☐ N | |
|   | LINE PARTY TYPE:<br>☐ Manufacturer<br>☐ Consignee<br>☐ Buying Party<br>☐ Selling Party | LINE NAME(Last, First, Middle Initial) AND ADDRESS:<br>Name:<br>Street Address:<br>City:          State:          Zip Code: | | LINE ID NUMBER, IF APPLICABLE:<br>☐ IRS<br>☐ SSN<br>☐ CBP Assigned<br>_____ |

|   | LINE 4 HTS CODE:<br>1. _____<br>2. _____ | HTS / COMMERCIAL / DESCRIPTION:<br>☐ HTS  ☐ Commercial/Invoice<br><br>Description: _____ | LINE ITEM QUANTITY:<br><br>FTZ FILING DATE: | VALUE<br>1. _____<br>2. _____ |
|---|---|---|---|---|
| **4** | COUNTRY OF ORIGIN: | | ZONE STATUS: ☐ P  ☐ N | |
|   | LINE PARTY TYPE:<br>☐ Manufacturer<br>☐ Consignee<br>☐ Buying Party<br>☐ Selling Party | LINE NAME(Last, First, Middle Initial) AND ADDRESS:<br>Name:<br>Street Address:<br>City:          State:          Zip Code: | | LINE ID NUMBER, IF APPLICABLE:<br>☐ IRS<br>☐ SSN<br>☐ CBP Assigned<br>_____ |

**BILL OF LADING INFORMATION** *(Use additional block below for a second Bill of Lading)*

| 25. ☐ Non-AMS | 26. ☐ Split Bill | 27. BOL TYPE:<br>☐ In-Bond  ☒ Master  ☐ House  ☐ Regular/Simple | | 28. SCAC/CARRIER ID:<br>KJ |
|---|---|---|---|---|
| 29. IN-BOND NUMBER: | | 30. BOL NUMBER:<br>█████████ | 31. QUANTITY: | 32. UNIT OF MEASURE: |

| **SECOND BILL OF LADING** | BOL TYPE:<br>☐ In-Bond  ☐ Master  ☒ House  ☐ Regular/Simple | | SCAC/CARRIER ID:<br>KJ |
|---|---|---|---|
| IN-BOND NUMBER:  ████████ | | QUANTITY:<br>76 | UNIT OF MEASURE:<br>CTN |

| 33. VOYAGE/FLT/TRIP:<br>0284 | 34. CONVEYANCE: | 35. ARRIVAL DATE:<br>09/03/25 |
|---|---|---|

CBP Form 3461 (07/21)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ORION_00000406

# Cargo Release Results

Entry Summary:    CHQ-2133697-1
Importer:          ORION LONGEVITY LLC DBA ORION
Trailer No:
Broker Ref. No:      █████████
Cust. Ref. No:      Uncombined: Smart Cover + Control Unit
Port of Entry:      2720

Master: ██████████
House: █████████   00000076
   [9/03/25 23:30]  95: BILL ARRIVED
[9/03/25 23:30] 98: RELEASED, Release Date Update: 09/03/25 - Selectivity Processing Date
[9/03/25 23:30] 01: ONE USG

Received:         Wed, 09/03/25 11:30 PM EDT

*All Times are Eastern Standard Time

| Master Bill | House Bill | 1C |
|---|---|---|
| ████████████ | ███████████ | 1C Entered |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Blue Fuzion Group Limited**

Unit 1610, 16/F, Kowloon Plaza,
485 Castle Peak Road, Lai Chi Kok
Kowloon, Hong Kong

<u>CONSIGNEE</u>
ORION SLEEP
601 4TH ST., SUITE 323
San Francisco CA 94107
EIN# 332121506
CTC: Jonathan Zwiebal / Jonathan@orionbed.com
Tel: 1-650-521-63



| | |
|---|---|
| Invoice No: | BFG-S-2025-1265 |
| Issue Date: | 3-Sep-25 |
| BFG ref# | BETA ORDER |

| | |
|---|---|
| Flight Number | KJ952 |
| DEP DATE: | 3 Sept 2025 |
| ARR DATE: | 4 Sept 2025 |
| POL: | HONG KONG |
| POD: | LOS ANGELES, CA |

## PACKING LIST

| PO# | Item # | Item | Ship Qty | Ctns | pcs/ctns | G.W. kg | Total G.W. kg | N.W. kg | Total N.W kg | Length cm | width cm | height cm | Total CBM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BETA ORDER | 1450281 ~ 1450287 | Orion Smart Sleep System, Consist of: | | | | | | | | | | | |
| | | - Control Tower | 36PCS | 36 | 36 | 14 | 504.00 | 11 | 396.00 | 78 | 57 | 30 | 4.802 |
| | | (HTS 8517.62.00.90 ) | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | - Smart Cover | 36PCS | 36 | 36 | 15 | 540.00 | 10.8 | 388.80 | 79 | 58 | 41 | 6.763 |
| | | (HTS 9404.10.00.00) | | | | | | | | | | | |
| | | - Smart Cove - Spare units, Free | 4PCS | 4 | 4 | 15 | 60.00 | 10.8 | 43.20 | 79 | 58 | 41 | 0.751 |
| | | (HTS 9404.10.00.00) | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | Total: | 76PCS | | | | 1,104.00 | | 828.00 | | | | 12.316 |

For and on behalf of
BLUE FUZION GROUP LTD

Remark:
(1) THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL.
(2) Country of origin of all the above items: CHINA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ORION_00000408