UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EIGHT SLEEP INC., <br><br> Plaintiff, <br><br> v. <br><br> ORION LONGEVITY INC., and BLUE FUZION GROUP LTD., <br><br> Defendants. | Case No. 2:26-cv-02460-SB-KS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. Stanley Blumenfeld, Jr. <br><br> Courtroom: 6C |

Defendants Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") filed an application requesting leave to file under seal certain portions of the Declaration of Neil McConnochie and a shipping invoice. Additionally, Defendants requested leave to file under seal a services agreement between the Defendants *in toto*.

Having considered Defendants' Unopposed Application for Leave to File Under Seal pursuant to L.R. 79-5.2.2(a), this Court **GRANTS** the Application.

| Document | Reason |
|---|---|
| Exhibit 1 to the Nardinelli Sealing Decl. – Neil McConnochie Declaration | Defendants have good cause to protect against disclosure of confidential information. |

Case No. 2:26-cv-02460-SB-KS

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

| Exhibit 2 to the Nardinelli Sealing Decl. – Consulting Agreement between Orion Longevity Inc. and Blue Fuzion Group Ltd. | Defendants have good cause to protect against disclosure of confidential information. |
| --- | --- |
| Exhibit 3 to the Nardinelli Sealing Decl. – Orion Shipping Record | Defendants have good cause to protect against disclosure of confidential information. |

IT IS HEREBY ORDERED that the following documents be filed under seal:

1. Declaration of Neil McConnochie

2. Consulting Agreement between Orion Longevity Inc. and Blue Fuzion Group Ltd.

3. Orion Shipping Record

**IT IS SO ORDERED**.

Dated: _____, 2026    _____
Honorable Stanley Blumenfeld, Jr.
United States District Judge

Case No. 2:26-cv-02460-SB-KS