# EXHIBIT 1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**Exhibit 1**

**Infringement of U.S. Patent No. 12,377,240 (the "'240 Patent") by Orion Longevity Inc. ("Orion") and Blue Fuzion Group LTD ("BFG").**

**Asserted Claims: 1, 2, 3, 5, 6, 8-12, 15, and 29**

| '240 Patent Claim Language | Accused Products and Activities |
|---|---|
| [1] A method for operating a bed device, the method comprising: | To the extent the preamble is limiting, use of the Accused Products and Activities by Orion, BFG, and/or their customers, including by testing, meets this limitation literally and/or under the doctrine of equivalents. <br> For example, Orion performs the claimed method of operating a bed device. <br><br> Orion's website states that Orion's Sleep System comprises a Smart Cover, a Control Tower and Orion Intelligence, which is implemented by at least Orion's backend servers and is used in conjunction with the Orion mobile application that is available to users, as well as Orion's Sleep Optimization Test patch. |

1

| '240 Patent Claim Language | Accused Products and Activities |
|---|---|
| [1.d] sending the plurality of control signals to at least one respective temperature control device associated with the bed device such that the first and second zones are heated or cooled differently according to the plurality of control signals. | Use of the Accused Products and Activities by Orion, BFG, and/or their customers, including by testing, meets this limitation literally and/or under the doctrine of equivalents. <br><br> For example, the piezo sensors obtain a first and second biological signal from the first and second users, such as, for example, body movement, pressure, heart rate, or breathing rate. The first and second biological signals are used to, for example, detect presence, keep the bed device on/prevent it from turning off, track the duration of each user's sleep, occurrence of various sleep cycles, and provide recommendations for temperature settings to optimize future sleep. The data from these sensors are viewable in the Sleep Insights feature of the Orion application. Temperature adjustments to the first zone and second zone may be made using this data. Such adjustments indicate user preferences. Additionally, and/or in the alternative, Orion induces its customers to change the temperature of the first and second zones of the bed to improve their sleep based on the data viewed in Sleep Insights, including the sleep score. Such temperature adjustments indicate user preferences. After temperature adjustments are made, Orion sends the plurality of control signals to at least one respective temperature control device associated with the bed device such that the first and second zones are heated or cooled differently according to the plurality of control signals. For example, making adjustments to the proposed temperate schedule for each user would result in control signals to and/or within the Control Tower such that the first and second zones are heated or cooled differently. <br><br> Additionally, with respect to Orion's Sleep Optimization Test patch, after a recommended temperature schedule is accepted, Orion sends the plurality of control signals to at least one respective temperature control device associated with the bed device such that the first and second zones are heated or cooled differently according to the plurality of control signals. For example, accepting a proposed temperate schedule would result in control signals to and/or within the Control Tower such that the first and second zones are heated or cooled differently. <br><br> In an article provided by Randall Shapiro, Orion's Head of Operations, Orion states that its system learns over time and uses sleep data to improve temperature behavior and to generate sleep insights. |

19