# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EIGHT SLEEP INC. | CASE NUMBER |
| Plaintiff(s) | 2:26-CV-02460 |
| v. | |
| ORION LONGEVITY INC., AND BLUE FUZION GROUP LTD. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☐ The Court hereby orders that the request of:

_____   ☐Plaintiff ☐Defendant ☐Other _____
Name of Party

☐ to substitute _____ who is
☐ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

_____
Street Address

_____          _____
City, State, Zip                                              E-Mail Address

_____   _____   _____
Telephone Number                      Fax Number                State Bar Number

As attorney of record instead of _____
List **_all_** attorneys from same firm or agency who are withdrawing.

_____

**Is hereby ☐ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:   Ryan R. Smith, Naoya Son and Alexander R. Miller
List **_all_** attorneys from same firm or agency who are withdrawing.
of WILSON SONSINI GOODRICH & ROSATI P.C.

to withdraw as attorney of record for   Plaintiff Eight Sleep Inc.

**Is hereby ☐ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____          _____
U.S. District Judge/U.S. Magistrate Judge