# EXHIBIT 1

## REDACTED VERSION OF THE DOCUMENT PROPOSED TO BE FILED UNDER SEAL



# ZHONG LUN
## 中倫律師事務所

特殊的普通合伙 Limited Liability Partnership

北京市朝阳区金和东路 20 号院正大中心 3 号楼南塔 22-24 层及 27-31 层     邮编：100020
22-24/F & 27-31/F, South Tower of CP Center, 20 Jin He East Avenue, Chaoyang District, Beijing 100020, China
电话/Tel：+86 10 5957 2288     传真/Fax：+86 10 6568 1022/1838     www.zhonglun.com

## 律师函

## Cease and Desist Letter

*通过电子邮件和 EMS 发送*

*Via Email & EMS*



本文件仅供发往的收件人使用，可能包含保密的信息。如果您不是指定收件人，谨此通知您严禁对本通讯信息的任何使用和传播。如果您错误地收到此文件，请立即邮件/电话回复发件人，销毁本文件所有信息。谢谢合作。

**THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR LEGALLY PRIVILEGED INFORMATION.** If you are not the intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by replying the email/ phone immediately and destroy all copies of the original message. Thank you for your assistance.

北京 · 上海 · 深圳 · 广州 · 武汉 · 成都 · 重庆 · 青岛 · 杭州 · 南京 · 海口 · 东京 · 香港 · 伦敦 · 纽约 · 洛杉矶 · 旧金山 · 阿拉木图
Beijing · Shanghai · Shenzhen · Guangzhou · Wuhan · Chengdu · Chongqing · Qingdao · Hangzhou · Nanjing · Haikou · Tokyo · Hong Kong · London · New York · Los Angeles · San Francisco · Almaty


**ZHONG LUN**
中倫律師事務所

▆▆▆▆▆▆▆▆▆▆▆▆

We, Zhong Lun Law Firm, are instructed by Eight Sleep Inc. ("Eight Sleep"), formally to address the following matters concerning the alleged infringement of Eight Sleep's Chinese patent rights by ▆▆▆▆▆▆▆▆▆ ("Your Company").

## 一、 爱伊特睡眠公司及其权利基础

### 1. Eight Sleep and Its Patent Rights

爱伊特睡眠公司是一家注册于美国特拉华州的公司，其主要营业地点位于纽约州纽约市百老汇 915 号 1301 室，邮编 10010。作为一家开创性的"睡眠健身"公司，爱伊特睡眠公司致力于运用创新、技术和生物识别来设计能够改善睡眠的产品。爱伊特睡眠公司已投入数百万美元用于研发新颖的产品，以提升人们的睡眠方式和睡眠质量。爱伊特睡眠公司的产品具有多种用途，不仅能提高睡眠的质量和时长，还能通过追踪关键生物识别数据来监测和改善整体健康和健身状况。目前，爱伊特睡眠公司已成长为全球估值最高的消费级睡眠科技公司之一。

Eight Sleep Inc. is a Delaware corporation with its principal place of business at 915 Broadway, Suite 1301, New York, NY 10010, USA. As a pioneering "sleep fitness" company, Eight Sleep is dedicated to leveraging innovation, technology, and biometrics to design products that improve sleep. The company has invested millions of dollars in researching and developing novel products to enhance how people sleep and the quality of their sleep. Eight Sleep's products serve multiple purposes: they not only increase sleep quality and duration but also track key biometric data to monitor and improve overall health and fitness. Today, Eight Sleep has grown into one of the

- 2 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)                    ORION_00047354

 ZHONG LUN
中伦律师事务所

world's highest-valued consumer sleep-technology companies.

作为一家在研发与创新方面投入巨大资源的企业，爱伊特睡眠公司始终将知识产权保护视为核心利益。作为重要的生产基地，爱伊特睡眠公司的专利等知识产权在中国已获得授权并受到中国法律的保护。

As an enterprise that devotes substantial resources to research and development, Eight Sleep regards the protection of intellectual property as a core interest. Patents and other IP rights of Eight Sleep have been granted in China—its key manufacturing base—and are fully protected under Chinese law.

爱伊特睡眠公司在中国拥有名称为"用于调控家具物品的温度的系统和方法"的发明专利（授权公告号 CN 113711690 B，申请日 2019 年 12 月 2 日，授权公告日 2025 年 5 月 6 日），该专利目前处于有效状态，受《中华人民共和国专利法》及相关法律法规保护。

Eight Sleep is the owner of the Chinese invention patent entitled **"System and Method for Regulating the Temperature of Furniture Articles"** (Grant Publication No. CN113711690B, filed on 2 December 2019 and granted on 6 May 2025). The patent is currently in force and protected under the Patent Law of the People's Republic of China and related regulations.

二、    贵司的行为

**2. Your Company's Activities**

- 3 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)

ORION_00047355

## ZHONG LUN
中倫律師事務所

近期，爱伊特睡眠公司针对如下主体在美国加州地区法院提起专利侵权民事诉讼：

被告一：ORION LONGEVITY INC., AND BLUE FUZION GROUP LTD. 其主要营业地点位于加利福尼亚州圣莫尼卡市第 23 街 621 号，邮编 90402。("Orion")

被告二：Blue Fuzion Group Ltd. 其主要营业地点位于香港九龙荔枝角荔枝角道 838 号拉福中心 303 室。("BFG")

Recently, Eight Sleep filed a civil patent-infringement action before the U.S. District Court for the Central District of California against the following entities:

Defendant No. 1: Orion Longevity Inc., whose principal place of business is at 621 23rd Street, Santa Monica, CA 90402, USA; and

Defendant No. 2: Blue Fuzion Group Ltd., whose principal place of business is Unit 303, Laford Centre, 838 Lai Chi Kok Road, Lai Chi Kok, Kowloon, Hong Kong (collectively, "Orion" or "BFG").

上述二被告被指控的专利侵权行为包括制造、使用、销售、许诺销售和/或进口，并相互促使各自的子公司、关联公司、分销商、供应商、零售合作伙伴及客户在美国境内（包括该法院司法管辖区）对 Orion 智能床垫产品进行制造、使用、销售、许诺销售和/或进口。

The two defendants are accused of manufacturing, using, selling, offering for sale and/or importing the Orion Sleep System, and of inducing their respective subsidiaries, affiliates, distributors, suppliers, retail partners and customers to manufacture, use, sell, offer for sale and/or import the same throughout the United States, including within the Central District of California.

- 4 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)

ORION_00047356

ZHONG LUN
中倫律師事務所



Following direct communication between Mr. Joe Aranda, Vice President of Operations at Eight Sleep, and your company, Eight Sleep understands that ██████████████████████████████████████████████████████ ███████████████████████████████████████ In the U.S. litigation, ████████████████████████████████ your company may—under U.S. law—be held jointly and severally liable with the other defendants if it continues to █████████████████████████ while knowing that infringement is alleged. In China, because the technical features of the patents asserted in the U.S. action overlap with the technical features of Eight Sleep's Chinese patents, the technology implemented by your company ████████████████████████████ in China is likely to fall within the scope of protection of Eight Sleep's Chinese patents, thereby infringing those patents.

三、　法律依据

### 3. Legal Basis

- 5 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)                    ORION_00047357



ZHONG LUN
中倫律師事務所

《中华人民共和国专利法》第十一条规定：

发明和实用新型专利权被授予后，除本法另有规定的以外，任何单位或者个人未经专利权人许可，都不得实施其专利，即不得为生产经营目的制造、使用、许诺销售、销售、进口其专利产品，或者使用其专利方法以及使用、许诺销售、销售、进口依照该专利方法直接获得的产品。

*Article 11 of the Patent Law of the People's Republic of China provides:*

*"After the grant of a patent for invention or utility model, except as otherwise provided for in this Law, no entity or individual may exploit the patent without permission of the patentee, that is, may not manufacture, use, offer for salel, sell or import the patented product, or use the patented process, or use, offer for sale, sell or import the product directly obtained by the patented process, for production or business purposes."*



Under the foregoing legal provisions, ▮▮▮▮▮ ▮▮▮▮▮ may already constitute infringement of Eight Sleep's patent rights, and you could be liable under law to cease the infringement, compensate for damages, destroy the infringing products and any dedicated production molds, among other remedies. If you continue the infringing activities while knowing that the products are the subject of patent litigation in the United States, you may also face increased damages.

- 6 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)

**ZHONG LUN**
中倫律師事務所

---

### 四、 爱伊特睡眠公司的要求

**4. Demands of Eight Sleep**

鉴于上述情况，我们代表爱伊特睡眠公司正式要求贵单位：

In view of the foregoing, we hereby formally demand, on behalf of Eight Sleep, that you:



(1) Immediately Cease the Infringing Acts: by the receipt of this letter, conduct a full internal review, █████████████████████

（二）书面承诺：在收到本律师函后 5 个工作日内，向爱伊特睡眠公司提交书面承诺，保证已经履行本文第四部分第（一）项的要求停止侵权行为，并保证今后不实施任何侵犯爱伊特睡眠公司知识产权（包括但不限于专利权、商标权、著作权等）的行为。

(2) Written Undertaking: Within five (5) working days of receipt of this letter, deliver to Eight Sleep a written undertaking, duly executed by an authorised

-7-

Highly Confidential-Attorneys' Eyes Only (HC-AEO)

ORION_00047359



ZHONG LUN
中倫律師事務所

---

officer, confirming that you have already fulfilled the requirements of Item (1) in Section 4 hereof by ceasing the infringing activities, and guaranteeing that your company will not, in the future, engage in any act that infringes Eight Sleep's intellectual-property rights (including, without limitation, patents, trademarks and copyrights).

（三）赔偿损失：就贵单位可能的侵权行为给爱伊特睡眠公司造成的经济损失，爱伊特睡眠公司保留通过法律途径追究贵司法律责任并要求赔偿全部损失的权利。

(3) Compensation for Damages: Eight Sleep expressly reserves all rights to pursue every available legal remedy to recover the full amount of damages and losses it has sustained as a result of your company's infringing activities.

联系人信息：

北京市中伦律师事务所 王中廉 律师

联系电话 010-59572173

电子邮箱：wangzhonglian@zhonglun.com

Contact Details:

Contact: Ms. Wang Zhonglian, Attorney-at-Law

Tel: +86-10-5957 2173

E-mail: wangzhonglian@zhonglun.com

- 8 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)                    ORION_00047360

**ZHONG LUN**
中倫律師事務所

　　如单位未在上述期限内满足爱伊特睡眠公司的要求，爱伊特睡眠公司将采取更进一步的法律行动，包括但不限于向知识产权管理部门投诉，请求对贵单位的侵权行为进行检查、行政查处；向人民法院提起专利侵权诉讼，申请法院采取证据保全、财产保全等强制措施，要求贵单位承担停止侵权、赔偿损失等法律责任；通过媒体公布贵单位的侵权行为，以维护爱伊特睡眠公司的合法权益。

Should your company fail to cease the infringement and satisfy Eight Sleep's demands within the stated periods, Eight Sleep will—without further notice—take additional legal actions, including but not limited to 1) filing administrative complaints with the China National Intellectual Property Administration and other competent authorities, requesting investigation and administrative penalties; 2) initiating civil patent-infringement proceedings before the People's Courts and applying for evidence-preservation and property-preservation orders; 3) seeking full relief, including injunctions and damages; and 4) publicising your infringing conduct through the media to safeguard Eight Sleep's lawful rights and interests.

　　请贵司认真对待本律师函，立即停止侵权行为，以免承担更严重的法律后果。特此函告！

Please treat this letter with the utmost seriousness and immediately cease all infringing activities to avoid more severe legal consequences. This demand is hereby made.



北京市中伦律师事务所

2025 年 12 月 15 日

Zhong Lun Law Firm

15 December 2025

- 9 -

Highly Confidential-Attorneys' Eyes Only (HC-AEO)

ORION_00047361