# Exhibit 3





**Cooling and heating**
Cools to 55ºF or heats to 110ºF, both sides independent

**Sleep & health tracking**
Heart rate, HRV, sleep phases, snoring, every night

**Vibration & thermal alarms**
Wake up naturally, without sound

5-year warranty**    30-night risk-free trial    Free returns

Free shipping

## What size is your bed?

The Pod's Cover fits on top of your existing mattress. No need to replace anything.

See size chart

| Full | Queen |
|------|-------|
| 54"W x 75"L | 60"W x 80"L |

| King | Cali King |
|------|-----------|
| 76"W x 80"L | 72"W x 84"L |

## Add on and save

The Pod is powerful on its own. These additions take it further. Save up to **$250 more** with our 4th July Sale.



☐ Base                    ~~$1,999~~ $1,899  -$100

**Stop snoring automatically¹**

An adjustable base that gently elevates when snoring is detected, raising your head to ease snoring without waking you or your partner.

Learn more

2



☐ **Blanket**                                          $999 $949   -$50

**Temperature control above and below**

A hydro-powered duvet insert that connects to your Pod system. It extends temperature from the bottom to above your body. Full-body thermal immersion, both sides independent.

Learn more



☐ **Pillow Cover**                                     $999 $949   -$50

**Keep your head cool all night**

Slips onto any pillow to keep it at any temperature you'd like, separate from the rest of your body. No more flipping to the cold side.

Learn more

3

## Pick your Autopilot

Autopilot is the software that runs your Pod. It learns how you sleep and adjusts automatically. Choose how much you want it to do.





| Standard | $17/mo |
|---|---|
| | $199 billed annually |

**Your Pod, fully automated**

Temperature adjusts through the night based on your sleep stage. Sleep, heart rate, HRV, and respiratory reports. Vibration and thermal alarms. Snoring detection and mitigation.

4



Enhanced                                        $25/mo
                                         $299 billed annually

**Long-term coverage included**

Everything in Standard, plus a 5-year warranty for complete peace of mind. Most members choose Enhanced because the extended warranty alone is worth more than the price difference.

Elite  NEW                                       $33/mo
                                         $399 billed annually

**Your bed becomes a health tool**

Everything in Enhanced, plus advanced wellbeing monitoring. Tracks cardiovascular and respiratory patterns to surface health insights while you sleep. For people who want their bed to do more than help them sleep, they want it to help them live longer.*

Need help choosing a plan?  +

Your order starts shipping Jul 6 - Jul 13

🛡 5-year warranty**

🌙 30-night risk-free trial

📦 Free returns

🚚 Free shipping

$3,048  $3,298  $250 OFF          Checkout
includes Autopilot plan              Pod ships by Jul 6 - Jul 13

# See how the Pod works

A connected system that works with any bed to maintain your ideal temperature and comfort all night long.

5





FEATURES

# Transform your sleep with the Pod 5 ecosystem

Pod 5 combines advanced hardware and intelligent software to transform your nights. From temperature control and snore reduction to gentle alarms and zero-gravity support.







### Control each bed side

Personalized cooling and heating independent for each side of the bed

### Full-body temperature coverage

Surround yourself in top-to-bottom cooling and heating, to your liking

### Track sleep and he: precision

Clinical-grade sensors tr health data

# Real people. Real results.

How the Pod helps people sleep deeper, feel better, and get more out of every day

7







### Uday

"Within 3 weeks I started to have big improvements in REM and deep sleep"

### Kate

"It really helped during pregnancy to tune to the exact temperature"

### Austin & Brianna

"I can be comfortable on my side of the bed and she can h her warm side"

HOW IT WORKS

# Your whole bed, on Autopilot

From the Cover that adapts to your body, to the Blanket and Pillow Cover that extend comfort head-to-toe, to the Base that elevates you for zero-gravity rest — the Pod transforms every layer of your sleep.

8



### Hub

Goes next to your bed or nightstand.
Powers and connects the whole Pod system.



### Cover

Goes on your mattress.
Adjusts temperature and tracks your sleep.



| | |
|---|---|
| **8** One Autopilot plan powers all your Eight Sleep products | Expand your experience with add-ons at anytime |

# How to install the Pod system



Installation      Materials      Dimensions      Compatibility      Care

  

**1 - Set up the Base**
Place the Base under your mattress, on top of your bed frame or make it free-standing with optional leg-kit

**2 - Add the Cover**
Add the Cover on top of your mattress

**3 - Add the Blanke**
Drape the Blanket to the Cover

10

# Loved by millions. And counting

All | Hot sleepers | Couples | Hot flashes | Sleep quality | Recovery & HRV | Insomnia

Most relevant ∨

## 4.5
★ ★ ★ ★ ★
**Based on 30,215 reviews**

5 ★ ▬▬▬▬▬▬▬▬▬▬
4 ★ ▬▬
3 ★ ▬
2 ★ ▬
1 ★ ▬

---

★ ★ ★ ★ ★                        APP STORE

**niceapp77**  January 22, 2026

### worth every penny

I was skeptical. A mattress cover that controls temperature sounded like a luxury gimmick. I was wrong. Eight Sleep completely changed how I sleep. I fall asleep faster, stay asleep longer, and wake up without that… Read more

---

★ ★ ★ ★ ★                        APP STORE

**ian-123456789**  January 2, 2026

### Pleasantly Surprised

I was relatively skeptical of this as a way to improve sleep but was lucky enough to try it at a friend's house. I have had mine for three months now and absolutely love it. I definitely feel the benefits of the… Read more

---

★ ★ ★ ★ ★                        APP STORE

**steven3224**  December 4, 2025

### Climate control excellence

We've struggled with keeping the bedroom at a temperature that allows both of us to sleep well. We added mini split HVAC units to the bedrooms which helped but The Pod made a huge difference. However, it didn't solve… Read more

---

★ ★ ★ ★ ★                        APP STORE

**NoRefund17**  September 13, 2025

### Amazing

Sleep eight is not a panacea it's not gonna solve all your sleep problems, but if somebody that has suffered from chronic poor sleep, inability to stay asleep, inability to go asleep and never waking up feeling… Read more

---

★ ★ ★ ★ ★                        APP STORE

**kaykay1592**  August 20, 2025

### Wonderful!

The Eight Sleep system is amazing. Sleep is such an important part of our overall health and I'm happy to have biofeedback on how things are going. I have used other devices to measure my sleep quality but this is the… Read more

---

★ ★ ★ ★ ★                        APP STORE

**Phggjdgrnfbjfhfgdhv**  June 16, 2025

### just buy it now

I just got my Eight Sleep and it has been a total game-changer for my sleep. The onboarding process was smooth and straightforward and I got set up in under 30 mins. The new app is great and very intuitive. I also… Read more

---

‹  1  2  3  4  …  456  ›

11

# FAQs

Can I finance my purchase? ⌄

Why do I need an Autopilot Plan? ⌄

Can I buy the Pod without an Autopilot Plan? ⌄

What is the return policy and what gets refunded? ⌄

What is the warranty of the product? ⌄

What if I already own a Pod? ⌄

Does the Base fit into my existing bed setup? ⌄

Do I need the leg kit for the Base? ⌄



8

HSA/FSA · affirm · Pay · G Pay · VISA · Mastercard · AMEX

### Join the sleep fitness movement

Sign up to stay updated on the newest in sleep technology

Email address →

By signing up here I agree to receive Eight Sleep's email newsletter and special promotional offers.

Blog +

Company +

12

