# Exhibit 4

**Page Vault**

| | |
|---|---|
| Document title: | Orion Sleep — Personalized Cooling Sleep System |
| Capture URL: | https://www.orionsleep.com/ |
| Page loaded at (UTC): | Wed, 27 May 2026 18:02:41 GMT |
| Capture timestamp (UTC): | Wed, 27 May 2026 18:03:27 GMT |
| Capture tool: | 10.81.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.81.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | 3qYWp39w9gZUc3w51CU7rK |

PDF REFERENCE #:    iXyWP9bWgCyVGEPc2YVTkr

# Hear from our friends, ambassadors and investors



**Derrick White**
NBA Champion, Olympic Gold Medalist



**Steven Bartlett**
Entrepreneur & Host, Diary of a CEO



**Dr. Vonda Wright**
Orthopedic Surgeon & Sports Medicine Expert



**Jim McKelv**
Co-Founder, S



Shop Orion

# Better sleep boosts longevity

Research shows that temperature regulation:

Extends deep sleep     Boosts REM sleep     Reduces wake-ups

💬 Have a question?

Document title: Orion Sleep — Personalized Cooling Sleep System
Capture URL: https://www.orionsleep.com/
Capture timestamp (UTC): Wed, 27 May 2026 18:03:27 GMT



orion        What is Orion    Orion Sleep System    Sleep Disruption Test    Shop

> *Body temperature is the **#1 controllable component of sleep quality**. Orion's smart sleep system adjusts your body temperature to help reduce wake-ups and improve deep sleep and REM sleep.*



**Dr. Michael Breus, Ph.D.**
CHIEF SLEEP OFFICER AT ORION



# Hear from Orion Customers

---

Jan 10, 2026

### So much better than Eight Sleep

So far Orion has been great! Switching over from Eight Sleep and the experience is already so much improved. The cover is a lot more comfortable plus the app is better!

 **Shannon**
Costa Mesa, CA

---

Jan 5, 2026

### I look forward to sleeping each night

I have been enjoying the Orion. I will be honest I so look forward to crawling into bed after being in my sauna blanket. I have not had any significant night sweats which is so wonderful to report. I love how quiet the Orion is. I had been worried about this. I like that I can turn it on early if I am going to bed earlier than normal. The "away" function is nice. Overall, I am very happy with my O…

 **Daphne**
Kansas City, MO

---

Feb 14, 2026

### Perfect temper

I run like a radiator a fighting over the AC was the first time eith So happy!

 **Steve & Jac**
New York, NY

---

 

 Have a question?

Document title: Orion Sleep — Personalized Cooling Sleep System
Capture URL: https://www.orionsleep.com/
Capture timestamp (UTC): Wed, 27 May 2026 18:03:27 GMT

orion                                                                    What is Orion     Orion Sleep System     Sleep Disruption Test       Shop

What is the size of the Orion unit?                                                                                                        ⌄

What materials does Orion use?                                                                                                             ⌄

Is set-up complicated?                                                                                                                     ⌄

What's the warranty?                                                                                                                       ⌄

How do you prevent leaks?                                                                                                                   ⌄

What's your return policy?                                                                                                                  ⌄



**Company**

About Us

Careers

What is Orion

Orion vs Eight Sleep

**Support**

HSA/FSA

Contact Us

**Legal**

Privacy Policy

Return Policy

Cookie Policy

Do Not Sell or Share My Personal Information

Limit the Use Of My Sensitive Personal Information

Warranty Terms

Terms and Conditions

Sleep smarter, not harder.

𝕏   in   ⓘ

© 2026 Orion Sleep. All rights reserved.                                                                                                  +1 (415) 843-5207

💬 Have a question?