# Exhibit 5

| | |
|---|---|
| **From:** | Jordan Alexander |
| **Sent:** | Friday, June 12, 2026 2:29 PM |
| **To:** | Nardinelli, Jeff; Lee, Julia; Tatavarti, Abhaya; STB Orion |
| **Cc:** | Mona Hanna (OC); Sanford L. Michelman (LA); QE-EightSleep-Orion |
| **Subject:** | Eight Sleep v. Orion, et al. - Request for Monday M&C Re MTD Counterclaims |

Counsel,

Eight Sleep intends to move to dismiss Orion's counterclaims pursuant to Fed. R. Civ. P. 12(b)(6).  Please provide your availability Monday to meet and confer to discuss each issue we intend to raise in the motion.  Specifically, we intend to discuss the following:

1. Orion fails to state a claim under the Lanham Act because the alleged statements are neither false nor misleading.  *E.g.*, *Botanic Tonics, LLC v. Shot of Joy, LLC,* 2024 WL 2209773, at *4 22 (C.D. Cal. Apr. 1, 2024)
2. Orion fails to state claims for tortious interference, which are based on cease-and-desist letters and that Eight Sleep sent "spies" to observe Orion's manufacturing in China
   1. Federal patent law preempts Orion's tortious interference claims.  *E.g., Globetrotter Software, Inc. v. Elan Computer Grp., Inc.*, 362 F.3d 1367, 1377 (Fed. Cir. 2004)
   2. *Noerr Pennington* bars Orion's tortious interference claims.  *E.g.*, *Enttech Media Grp. LLC v. Okularity, Inc.*, 2020 WL 6888722, at *3 (C.D. Cal. Oct. 2, 2020)
   3. California's litigation privilege bars Orion's tortious interference claims.  *E.g.*, *Arthur J. Gallagher & Co. v. Lang*, 2014 WL 6816644, at *2 (N.D. Cal. Dec. 3, 2014)
   4. Orion fails to state a claim for tortious interference because the allegations are too conclusory.  *E.g.*, *Royal Holdings Technologies Corp. v. IP Video Market Info Inc.*, 2022 WL 8225666, at *9-10 (C.D. Cal. Dec. 18, 2020)
3. Orion fails to state a claim under the UCL.
   1. Orion has an adequate remedy at law.  *See* ECF No. 36 at 16-17
   2. Orion lacks standing to bring a UCL claim under the fraudulent prong.  *See* ECF No. 36 at 15-16.
   3. Orion fails to allege unfair conduct.  *Cel-Tech Commc'ns, Inc. v. Los Angeles Cellular Tel. Co.*, 20 Cal. 4th 163, 186 (1999).
   4. Orion to allege unlawful conduct because the predicate claims fail.  *7EDU Impact Acad. Inc. v. You*, 760 F. Supp. 3d 981, 1006 (N.D. Cal. Dec. 19, 2024).

Best,

**Jordan Alexander**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3231 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
jordanalexander@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.