Amy H. Candido (CA SBN 237829)
amy.candido@stblaw.com
Jeff Nardinelli (CA SBN 295932)
jeff.nardinelli@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA  94105
Phone: (415) 426-7300
Fax: (415) 426-7301

Sanford L. Michelman (CA SBN 179702)
smichelman@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Phone: (310) 299-5500
Fax: (310) 299-5600

*Counsel for Defendants Orion Longevity Inc.
and Blue Fuzion Group Ltd.*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| EIGHT SLEEP INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ORION LONGEVITY INC., and<br>BLUE FUZION GROUP LTD.<br><br>            Defendants. | Case No. 2:26-cv-02460-SB-KS<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION REPLY BRIEF**<br><br>Hon. Stanley Blumenfeld, Jr.<br>Date: July 10, 2026<br>Time: 8:30 a.m.<br>Courtroom: 6C |

I, Jeff Nardinelli, hereby declare:

1.     I am a partner at the law firm of Simpson Thacher & Bartlett LLP, counsel for Orion Longevity Inc. ("Orion") and Blue Fuzion Group Ltd. ("BFG") (collectively, "Defendants") in this action.   In support of Defendants' Claim Construction Reply Brief, I submit the following exhibits:

2.     Attached as Exhibit 1 is a true and correct copy of page 1 of Eight Sleep's ("Plaintiff") Second Amended Infringement Contention Chart for U.S. Patent No. 12,377,240, dated June 18, 2026.

3.     Attached as Exhibit 2 is a true and correct copy of page 1 of Plaintiff's Second Amended Infringement Contention Chart for U.S. Patent No. 12,370,339, dated June 18, 2026.

The foregoing is true and accurate to the best of my knowledge and recollection, under penalty of perjury.

Dated: June 26, 2026

By: */s/ Jeff Nardinelli*
Jeff Nardinelli

*Counsel for Defendants*
*Orion Longevity Inc. and Blue*
*Fuzion Group Ltd.*