# EXHIBIT 2

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**Exhibit 2**

**Infringement of U.S. Patent No. 12,370,339 (the "'339 Patent") by Orion Longevity Inc. ("Orion") and Blue Fuzion Group LTD ("BFG").**

**Asserted Claims: 1-3, 5, 9, 10, 11, 22, 23, 28, and 29**

| '339 Patent Claim Language | Accused Products and Activities |
|---|---|
| [1] A method for operating a bed device, the method comprising: | To the extent the preamble is limiting, use of the Accused Products and Activities by Orion, BFG, and/or their customers, including by testing, meets this limitation. <br><br> For example, Orion, BFG and/or their customers perform the claimed method of operating a bed device by using Orion's Sleep System. <br><br> Orion's website states that Orion's Sleep System comprises a Smart Cover, a Control Tower and Orion Intelligence, which is implemented by at least Orion's backend/cloud servers and is used in conjunction with the Orion mobile application that is available to users, as well as Orion's Sleep Optimization Test patch.  At least Orion's cloud servers and mobile application work together and in conjunction with the other components to operate a bed device, i.e., Orion's Smart Cover, Control Tower, and Sleep Optimization/Disruption Test Patch. |

-1-