UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.:   2:26-cv-02460-SB-KS | Date:   July 10, 2026 |
|---|---|

Title:   Eight Sleep Inc. v. Orion Longevity Inc et al.

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Patrick Daniel Curran | Amy H Candido |
| Nicola Felice | Jeffrey William Nardinelli |
| John Yang | |

**Proceedings: (Minutes of)** Markman Hearing **(Held and completed)**

The Court heard argument from counsel on its tentative ruling on claim construction.  The Court took the matter under submission.

0:34

CV-90 (12/02)                     **CIVIL MINUTES – GENERAL**                     Initials of Deputy Clerk <u>LFA</u>

1